**EXHIBIT 1**

Perry, David R
Accident Policy

# Here are your insurance documents.

## Keep them in a safe place.

American Family Life Assurance Company of Columbus (Aflac)
Worldwide Headquarters • Columbus, Georgia 31999





**Thank you for choosing Aflac.**

**1.800.99.AFLAC (1.800.992.3522)**

aflac.com

| | |
|---|---|
| Your Policy Number is: | P4014082 |
| Product: | Accident Policy |
| Your Type of Coverage: | One-Parent Family |
| Your Policy is Effective : | 11/01/16 |
| Your Premium is: | $19.26 |
| Your Premiums are due: | Bi-Weekly |
| Your State of Issue is: | South Carolina |

INMAIL

REL

REL



Perry, David R
23 Charing Cross Rd
Charleston, SC 29407-3402

June 11, 2025

RE: Policy No.:  P4014082
     Policy Type:  Accident Policy

Dear Perry, David R:

Thank you for allowing Aflac to be part of managing your insurance needs.  We appreciate your business.

You applied for the policy referenced above, which is in the enclosed Promise Packet, to change or replace your previous Aflac insurance coverage. It is important to us that you are satisfied with your insurance coverage and that it meets your insurance needs.

The application for your new coverage indicated that you may have different benefits, limitations, exclusions, and costs due to changing or replacing your coverage.  Additionally, the application encouraged you to compare your existing and new coverages to determine which is best for you.  Now that you have received your new policy, please take this additional opportunity to review and compare the benefits, limitations, exclusions, and costs of your new policy and/or rider(s) to those of your previous policy. This review should include any optional rider benefits that you may have selected on either of the policies. Rider benefits are not transferred from one policy to the next unless you choose to continue the rider and indicate that decision on your application.

In addition, please carefully check your application attached at the back of the policy in the Promise Packet. Your coverage is issued on the basis that the information shown on the application is correct and complete.  If any information shown on the application is not correct or complete, please write to us within 30 days of the date you receive this policy.  Incorrect or incomplete information can result in the denial of a claim or the voiding of the policy.

We value the trust you have placed in us. If you are not satisfied with the coverage provided by your new policy and/or rider(s), if you need our help, or if you have any questions, please visit aflac.com or call us toll-free at  1-800-99-AFLAC (1-800-992-3522).  Our customer service representatives are here to assist you Monday through Friday from 8 a.m. to 8 p.m. Eastern time.

Sincerely,


Aflac New Business Department



CNVLTR

**Dear Aflac Policyholder:**

**We are pleased to enclose your new Aflac insurance policy.  Within the next two weeks, you will receive a copy of the application you signed.  Please attach the application to this policy when you receive it.  Please keep it in a safe place with your other valuable personal papers.**

**At Aflac, we believe strongly in giving consumers excellent customer service, and in paying claims quickly and fairly.  By doing so, we provide peace of mind at times when people need it most.**

**Claim forms and other information about Aflac are available at aflac.com.  If you have any questions about your policy or need assistance in filing a claim, please call your local Aflac representative or call Aflac Worldwide Headquarters toll-free at 1-800-99-AFLAC (1-800-992-3522).  Our customer service representatives are available to assist you Monday through Friday from 8 a.m. to 8 p.m. Eastern time.**

**Sincerely,**

**Client Services**

### Summary of the South Carolina Life and Accident and Health Insurance Guaranty Association Act and Notice Concerning Coverage Limitations and Exclusions

Residents of South Carolina who hold life insurance, annuities, or health insurance policies should know that the insurance companies and health maintenance organizations (HMOs) licensed in this state to write these types of insurance are required by law to be members of the South Carolina Life and Accident and Health Insurance Guaranty Association (SCLAHIGA). The purpose of SCLAHIGA is to assure that policyholders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations. If this happens, SCLAHIGA will assess its other member insurance companies for the money to pay the claims of insured persons who live in this state and, in some cases, to keep coverage in force. However, the valuable extra protection provided by these insurers through SCLAHIGA is limited. Consumers should shop around for insurance coverage and exercise care and diligence when selecting insurance coverage.

**Disclaimer**

Under South Carolina law, the South Carolina Life and Accident and Health Insurance Guaranty Association (SCLAHIGA) may provide coverage of certain direct life insurance policies, accident and health insurance policies, annuity contracts and contracts supplemental to life, accident and health insurance policies and annuity contract claims (covered claims) if the insurer becomes impaired or insolvent. South Carolina law does not require the SCLAHIGA to provide coverage for every policy. **COVERAGE MAY NOT BE AVAILABLE FOR YOUR POLICY.**

Coverage is generally conditioned upon residence in this state. Other conditions that may preclude or exclude coverage are described in this notice. Even if coverage is provided, there are significant limits and exclusions. Please read the entire notice for further details on limitations and exclusions.

Insurance companies and insurance agents are prohibited by law from using the existence of the SCLAHIGA or its coverage to sell you an insurance policy. You should not rely on the availability of coverage under SCLAHIGA when selecting an insurer. The South Carolina Life and Accident and Health Insurance Guaranty Association or the Department of Insurance will respond to any questions you may have which are not answered by this document.

If you think the law has been violated, you may file a written complaint with the SCLAHIGA or the South Carolina Department of Insurance at the addresses listed below:

**South Carolina Life and Accident and Health Insurance Guaranty Association**
Attention: Executive Director
P.O. Box 8625
Columbia, SC 29202
**South Carolina Department of Insurance**
Attention: Office of Consumer Services
1201 Main Street, Suite 1000
Columbia, SC 29201
Electronic complaint submission via
www.doi.sc.gov/complaint

Please attach copies of all pertinent documentation. You may submit a written complaint or a complaint electronically to the Department through submission of the electronic form on the Department's website at www.doi.sc.gov/complaint. You should receive a response to your complaint within 10 days.

This safety-net coverage is provided for in the South Carolina Life and Accident and Health Insurance Guaranty Association Act (the Act). The following summary of the Act's coverages, exclusions and limits does not cover all provisions of the Act; nor does it in any way change any person's rights or obligations under the Act or the rights or obligations of the SCLAHIGA.

## COVERAGE

Generally, individuals will be protected by the SCLAHIGA if they live in this state and hold a covered life, accident, health or annuity policy, plan or contract issued by an insurer (including a health maintenance organization) authorized to conduct business in South Carolina. The beneficiaries, payees or assignees of insured persons may also be protected if they live in another state unless circumstances described under the Act exclude coverage.

## EXCLUSIONS FROM COVERAGE

Persons who hold a covered life, accident, health or annuity policy, plan or contract are not protected by SCLAHIGA if:

• They are eligible for protection under the laws of another state (This may occur when the insolvent insurer was incorporated in another state whose guaranty association protects insureds who live outside that state.);

• The insurer was not authorized to do business in this state; or

• They acquired rights to receive payments through a structured settlement factoring agreement.

SCLAHIGA also does not provide coverage for:

• A portion of a policy or contract or part thereof not guaranteed by the member insurer, or under which the risk is borne by the policy or contract owner;

• A policy or contract of reinsurance, unless assumption certificates have been issued;

• Interest rate or crediting rate yields or similar factors employed in calculating value changes that exceed an average rate;

• Any policy or contract issued by assessment mutuals, fraternals, and nonprofit hospital and medical service plans;

• Benefits payable by an employer, association or other person under: (a) a multiple employer welfare arrangement; (b) a minimum premium group insurance plan; (c) a stop-loss group insurance plan; or (d) an administrative services contract;

• A portion of a policy or contract to the extent that it provides for (a) dividends or experience rating credits; (b) voting rights; or (c) payment of any fees or allowances to any person, including the policy or contract owner, in connection with the service to or administration of the policy or contract;

• A portion of a policy or contract to the extent that the assessments required by Section 38-29-80 with respect to the policy or contract are preempted by federal or state law;

• An obligation that does not arise under the express written terms of the policy or contract issued by the member insurer to the enrollee, certificate holder, contract owner or policy owner, including without limitation: (a) Claims based on marketing materials; (b) Claims based on side letters, riders or other documents that were issued by the member insurer without meeting applicable policy or contract form filing or approval requirements; (c) Misrepresentations of or regarding policy or contract benefits; (d) Extra-contractual claims; or (e) A claim for penalties or consequential or incidental damages;

• An unallocated annuity contract;

• A policy or contract providing any hospital, medical, prescription drug or other health care benefits pursuant to Medicare Part C or D or Medicaid; or

• Interest or other changes in value to be determined by the use of an index or other external references but which have not been credited to the policy or contract or as to which the policy or contract owner's rights are subject to forfeiture, as of the date the member insurer becomes impaired or insolvent insurer, whichever is earlier.

## LIMITS ON AMOUNTS OF COVERAGE

The South Carolina Life and Accident and Health Insurance Guaranty Association Act also limits the amount that SCLAHIGA is obligated to pay for covered claims. The benefits for which SCLAHIGA may become liable shall in no event exceed the lesser of the following:

• With respect to one life, regardless of the number of policies or contracts: $300,000 in life insurance death benefits, or not more than $300,000 in net cash surrender and net cash withdrawal values for life insurance;

• For health insurance benefits: (a) $300,000 for coverages not defined as disability income insurance or health benefit plans or long-term care insurance, including any net cash surrender and net cash withdrawal values; (b) $300,000 for disability income insurance; (c) $300,000 for long-term care insurance; (d) $500,000 for health benefit plans; or

• $300,000 in the present value of annuity benefits, including net cash surrender and net cash withdrawal values.



**ACCIDENT-ONLY POLICY**

**NOTICE TO BUYER:  This is an accident-only policy and it does not pay benefits for loss from Sickness or the medical or surgical treatment of Sickness. This policy provides limited benefits. Benefits provided are supplemental and are not intended to cover all medical expenses. Review your policy carefully with the Outline of Coverage, if applicable.**

The Named Insured shown in the Policy Schedule will be referred to as "you," "your," or "yours." **American Family Life Assurance Company of Columbus,** a stock company, will be referred to as "we," "our," "us," or "Aflac."

### CONSIDERATION

This policy is issued in consideration of statements made in your application and the payment of the premium shown in the Policy Schedule. A copy of your application is attached and is a part of this policy. The following paragraphs set forth the definitions of terms, the limitations and exclusions, the insurance benefits, and other provisions.

### YOUR RIGHT TO EXAMINE THIS POLICY

It is important to us that you are satisfied with this policy. If you are not satisfied, you may return it within 30 days after you receive it. Send it to Aflac Worldwide Headquarters, 1932 Wynnton Road, Columbus, Georgia 31999 or to your associate (duly licensed agent). You will receive a full refund of all premiums paid, and your policy will be void from its Effective Date. If you return this policy, please note in writing:  "This policy is returned for cancellation and refund of premium."

### IMPORTANT NOTICE

**Please read your application attached to this policy. This policy is issued on the basis that the information shown on the application is correct and complete. Statements made in the application are deemed representations and not warranties. Carefully check the application. Write to us within 30 days of the date you receive this policy if any information on the application is not correct or complete. Incorrect or incomplete information may result in the denial of claims or voiding of this policy, subject to the Time Limit on Certain Defenses provision and legal proceedings. No associate (duly licensed agent) may change this policy or waive any of its provisions.**

### THIS POLICY IS GUARANTEED-RENEWABLE FOR YOUR LIFETIME, SUBJECT TO AFLAC'S RIGHT TO CHANGE PREMIUMS BY CLASS UPON ANY RENEWAL DATE.

We agree that this policy will never be restricted by the addition of any rider without your consent, nor will renewal be refused because of any change in any Covered Person's health or physical condition. You are guaranteed the right to renew this policy for your lifetime by the timely payment of premiums at the rate in effect at the beginning of each term, except that we may discontinue or terminate the policy if you have performed an act or practice that constitutes fraud or have made an intentional misrepresentation of material fact relating in any way to the policy, including claims for benefits under the policy.

Aflac may change the established premium rate, but only if the rate is changed for all policies of this class. While this policy is in force, no change will be made in your class because of the age, sex, or physical condition of any Covered Person. "Class" means all policies of this form number and premium classification in your state that are then in force. If the established premium rate changes, Aflac will notify you in writing at your last known address, as shown in our records, at least 31 days before the change becomes effective.

**American Family Life Assurance Company of Columbus**
**Worldwide Headquarters • 1932 Wynnton Road • Columbus, Georgia 31999**
**For assistance or information about this policy, call 1.800.99.AFLAC (1.800.992.3522).**
**For claim forms, visit our website at aflac.com.**

© 2014 Aflac All Rights Reserved

**INDEX**

Named Insured ......................................................................................................Policy Schedule

Benefits ...........................................................................................................................Part 1

Definitions .......................................................................................................................Part 2

Limitations and Exclusions ...........................................................................................Part 3

Right of Conversion .......................................................................................................Part 4

Uniform Provisions .........................................................................................................Part 5

In witness whereof, Aflac's president and secretary signed this policy in Columbus, Georgia, as of the Effective Date shown in the Policy Schedule.

*Virgil R. Miller*

Virgil R. Miller, President

*J. Matthew Loudermilk*

J. Matthew Loudermilk, Secretary

© 2014 Aflac All Rights Reserved

P4014082

0MZZ0

23000G1

019503

## Policy Schedule

| | |
|---|---|
| NAMED INSURED: Perry, David R | |
| TYPE OF COVERAGE: One-Parent Family | POLICY NUMBER: P4014082 |
| MODE OF PAYMENT: Bi-Weekly | PREMIUM:    $19.26 |

If deductions from your paycheck are made on a frequency other than the mode of payment shown above, the amount deducted from your paycheck will differ.

COVERAGE:   AADR23        EFFECTIVE DATE:        11/01/16            $19.26

MESSAGES:

AADR23    ACCIDENT-ONLY POLICY

© 2014 Aflac All Rights Reserved

**This policy is a legal contract between you and Aflac.**
**READ YOUR POLICY CAREFULLY.**

**Part 1**
**BENEFITS**

Aflac will pay the following benefits as applicable if a Covered Person's Accidental-Death, Dismemberment, or Injury is caused by a covered accident that occurs on or off the job. Accidental-Death, Dismemberment, or Injury must be independent of Sickness or the medical or surgical treatment of Sickness, or of any cause other than a covered accident. A covered Accidental-Death, Dismemberment, or Injury must also occur while coverage is in force and is subject to the Limitations and Exclusions. Treatment or confinement in a U.S. government Hospital does not require a charge for benefits to be payable.

**HOSPITAL BENEFITS:**

**INITIAL ACCIDENT HOSPITALIZATION BENEFIT:** Aflac will pay $1,000 when a Covered Person is admitted for a Hospital Confinement of at least 18 hours for treatment of Injuries sustained in a covered accident or Aflac will pay $2,000 if a Covered Person is admitted directly to an Intensive Care Unit of a Hospital for treatment for Injuries sustained in a covered accident. This benefit is payable only once per Period of Hospital Confinement (including Intensive Care Unit confinement) and only once per Calendar Year, per Covered Person. Hospital Confinements must start within 30 days of the accident.

**ACCIDENT HOSPITAL CONFINEMENT BENEFIT:** Aflac will pay $250 per day when a Covered Person is admitted for a Hospital Confinement of at least 18 hours for treatment of Injuries sustained in a covered accident. Aflac will pay this benefit up to 365 days per covered accident, per Covered Person. Hospital Confinements must start within 30 days of the accident. **The Accident Hospital Confinement Benefit and the Rehabilitation Facility Benefit will not be paid on the same day. The highest eligible benefit will be paid.**

**INTENSIVE CARE UNIT CONFINEMENT BENEFIT:** Aflac will pay an additional $400 for each day a Covered Person receives the Accident Hospital Confinement Benefit and is confined and charged for a room in an Intensive Care Unit for treatment of Injuries sustained in a covered accident. This Intensive Care Unit Confinement Benefit is payable for up to 15 days per covered accident, per Covered Person. Hospital Confinements must start within 30 days of the accident.

**SERVICE BENEFITS:**

**ACCIDENT TREATMENT BENEFIT:** Aflac will pay the applicable amount shown below when a Covered Person receives treatment for Injuries sustained in a covered accident. This benefit is payable for treatment received under the care of a Physician at a(n):

| | |
|---|---|
| Hospital Emergency Room with X-Ray | $200 |
| Hospital Emergency Room without X-Ray | $170 |
| Office or facility (other than a Hospital Emergency Room) with X-Ray | $150 |
| Office or facility (other than a Hospital Emergency Room) without X-Ray | $120 |

Treatment must be received within 72 hours of the accident for benefits to be payable. This benefit is payable once per 24-hour period and only once per covered accident, per Covered Person.

© 2014 Aflac All Rights Reserved

**AMBULANCE BENEFIT:**  Aflac will pay $200 when a Covered Person requires ambulance transportation to a Hospital for Injuries sustained in a covered accident. Ambulance transportation must be within 72 hours of the covered accident. Aflac will pay $1,500 when a Covered Person requires transportation provided by an air ambulance for Injuries sustained in a covered accident. A licensed professional ambulance company must provide the ambulance service.

**BLOOD/PLASMA/PLATELETS BENEFIT:**  Aflac will pay $200 when a Covered Person receives blood/plasma and/or platelets for the treatment of Injuries sustained in a covered accident. This benefit does not pay for immunoglobulins and is payable only one time per covered accident, per Covered Person.

**MAJOR DIAGNOSTIC AND IMAGING EXAMS BENEFIT:**  Aflac will pay $200 when a Covered Person requires one of the following exams for Injuries sustained in a covered accident and a charge is incurred: computerized tomography (CT scan), computerized axial tomography (CAT), magnetic resonance imaging (MRI), or electroencephalography (EEG). These exams must be performed in a Hospital, Medical Diagnostic Imaging Center, a Physician's office, or an Ambulatory Surgical Center. This benefit is limited to one payment per Calendar Year, per Covered Person. No lifetime maximum.

<u>**AFTER CARE SERVICES:**</u>

**ACCIDENT FOLLOW-UP TREATMENT BENEFIT:**  Aflac will pay $35 per day when a Covered Person receives treatment for Injuries sustained in a covered accident and later requires additional treatment over and above treatment administered in the first 72 hours following the accident. Aflac will pay for one treatment per day for up to a maximum of six treatments per covered accident, per Covered Person. The treatment must begin within 30 days of the covered accident or discharge from the Hospital. Treatments must be received under the care of a Physician. This benefit is payable for acupuncture when furnished by a licensed certified acupuncturist. **The Accident Follow-Up Benefit is not payable for the same days that the Therapy Benefit is paid.**

**THERAPY BENEFIT:**  Aflac will pay $35 per therapy treatment when a Covered Person receives treatment for Injuries sustained in a covered accident and later a Physician advises the Covered Person to seek treatment from a licensed Occupational, Physical, or Speech Therapist. Occupational, physical, or speech therapy must be for Injuries sustained in a covered accident and must start within 30 days of the covered accident or discharge from the Hospital. Aflac will pay for one treatment per day for up to a maximum of ten treatments per covered accident, per Covered Person. The treatment must take place within six months after the accident. **The Therapy Benefit is not payable for the same days that the Accident Follow-Up Treatment Benefit is paid.**

**APPLIANCES BENEFIT:**  Aflac will pay the applicable amount shown below when a Covered Person receives a medical appliance, prescribed by a Physician, as an aid in personal locomotion, for Injuries sustained in a covered accident. Benefits are payable for the following types of appliances:

| | |
|---|---|
| Back brace | $300 |
| Body jacket | $300 |
| Knee scooter | $300 |
| Wheelchair | $300 |

© 2014 Aflac All Rights Reserved

| | |
|---|---|
| Leg brace | $125 |
| Crutches | $100 |
| Walker | $100 |
| Walking boot | $100 |
| Cane | $25 |

This benefit is payable once per covered accident, per Covered Person.

**PROSTHESIS BENEFIT:**  Aflac will pay $800 when a Covered Person receives a Prosthetic Device, prescribed by a Physician, as a result of Injuries sustained in a covered accident. This benefit is not payable for repair or replacement of Prosthetic Devices, hearing aids, wigs, or dental aids to include false teeth. This benefit is payable once per covered accident, per Covered Person.

**PROSTHESIS REPAIR OR REPLACEMENT BENEFIT:**  Aflac will pay $800 when:

1. a Covered Person requires replacement of an existing Prosthetic Device for which benefits were previously paid under the Prosthesis Benefit. The replacement must occur 36 months or more after any previously paid Prosthesis Benefit, or

2. a Covered Person sustains damages, as a result of Injuries sustained in a covered accident, which require repair or replacement of an existing Prosthetic Device.

This benefit is not payable for hearing aids, wigs, or dental aids to include false teeth. This benefit is payable once per Covered Person, per lifetime.

**REHABILITATION FACILITY BENEFIT:**  Aflac will pay $150 per day when a Covered Person is admitted for a Hospital Confinement and is transferred to a bed in a Rehabilitation Facility for treatment of Injuries sustained in a covered accident and a charge is incurred. This benefit is limited to 30 days for each Covered Person per Period of Hospital Confinement and is limited to a Calendar Year maximum of 60 days. No lifetime maximum. **The Rehabilitation Facility Benefit will not be payable for the same days that the Accident Hospital Confinement Benefit is paid. The highest eligible benefit will be paid.**

**HOME MODIFICATION BENEFIT:**  Aflac will pay $3,000 for a home modification aid when a Covered Person suffers a Catastrophic Loss in a covered accident. This benefit is payable once per covered accident, per Covered Person.

## ACCIDENT SPECIFIC-SUM INJURIES BENEFITS:

Aflac will pay the following benefit for the treatment listed when a Covered Person receives treatment under the care of a Physician for Injuries sustained in a covered accident.

**Dislocation (reduced under general anesthesia):**

Aflac will pay for no more than two Dislocations per covered accident, per Covered Person.

Benefits are payable for only the first Dislocation of a joint.

| Joint | Open Reduction | Closed Reduction |
|---|---|---|
| Hip | $3,750 | $1,000 |
| Shoulder | $1,000 | $375 |

© 2014 Aflac All Rights Reserved

| | | |
|---|---|---|
| Knee | $1,000 | $375 |
| Collar bone | $1,500 | $300 |
| Ankle/Foot | $1,000 | $300 |
| Lower Jaw | $1,000 | $500 |
| Wrist | $750 | $375 |
| Elbow | $750 | $375 |
| Toe/Finger | $200 | $100 |

If a Dislocation is reduced with local or no anesthesia by a Physician, Aflac will pay 25 percent of the amount shown for the closed Reduction Dislocation.

**Burns (treated by a Physician within 72 hours after a covered accident):**

| | 2nd Degree | 3rd Degree |
|---|---|---|
| Less than 20 square centimeters of the body surface | $125 | $250 |
| More than 20 but less than 40 square centimeters of the body surface | $250 | $625 |
| More than 40 but less than 65 square centimeters of the body surface | $500 | $1,250 |
| More than 65 but less than 160 square centimeters of the body surface | $750 | $3,750 |
| More than 160 but less than 225 square centimeters of the body surface | $1,000 | $8,750 |
| More than 225 square centimeters of the body surface | $1,250 | $12,500 |

**Skin Grafts:**

If a Covered Person receives one or more skin grafts for a covered burn, Aflac will pay a total of 50 percent of the Burns benefit amount we paid for the burn involved.

**Eye Injury:**

| | |
|---|---|
| Surgical Repair | $300 |
| Removal of foreign body by a Physician | $65 |

**Lacerations (must be repaired within 72 hours after the accident and repaired under the attendance of a Physician):**

| | |
|---|---|
| Laceration(s) not requiring sutures and treated by a Physician (total of all lacerations) | $35 |
| Laceration(s) less than 5 centimeters (total of all lacerations) | $65 |

Form A36000SC
7
A36300SC.1
© 2014 Aflac All Rights Reserved

| | |
|---|---:|
| Laceration(s) at least 5 centimeters but not more than 15 centimeters (total of all lacerations) | $250 |
| Laceration(s) over 15 centimeters (total of all lacerations) | $500 |

A laceration resulting from an open Fracture will not be payable under the laceration benefit. Please refer to Fractures for benefit payable.

**Fractures:**

Aflac will pay 25 percent of the benefit amount shown for the closed Reduction for Chip Fractures and other Fractures not reduced by open or closed Reduction.

Aflac will pay for no more than two Fractures per covered accident, per Covered Person.

| | Open Reduction | Closed Reduction |
|---|---:|---:|
| Hip | $3,500 | $1,750 |
| Leg | $1,750 | $875 |
| Hand (excluding fingers) | $700 | $350 |
| Foot (excluding toes/heel) | $700 | $350 |
| Wrist | $700 | $350 |
| Elbow | $800 | $400 |
| Ankle | $700 | $350 |
| Kneecap | $700 | $350 |
| Shoulder blade | $700 | $350 |
| Forearm | $700 | $350 |
| Lower jaw | $700 | $350 |
| Vertebrae (body of) | $1,750 | $875 |
| Pelvis (excluding coccyx) | $1,750 | $875 |
| Sternum | $1,250 | $625 |
| Upper jaw | $800 | $400 |
| Upper arm | $800 | $400 |
| Face (excluding nose) | $800 | $400 |
| Rib | $1,250 | $300 |
| Nose | $800 | $400 |
| Heel | $700 | $350 |

P4014082

0MZZ0

23000G1

019509

© 2014 Aflac All Rights Reserved

|  |  |  |
|---|---|---|
| Finger | $625 | $125 |
| Coccyx | $450 | $225 |
| Toe | $250 | $125 |
| Vertebral processes | $1,250 | $350 |
| Skull | depressed $3,000 | simple $1,250 |

**Concussion (brain):** $150

**Emergency dental work:**

| | |
|---|---|
| Broken tooth repaired with crown | $400 |
| Broken tooth resulting in extraction | $130 |

Emergency dental work does not include false teeth such as dentures, bridges, veneers, partials, crowns, or implants. Aflac will pay for no more than one emergency dental work benefit per covered accident, per Covered Person.

**Coma (duration of at least seven days):** $12,500

**Paralysis:**

| | |
|---|---|
| Quadriplegia (Paralysis of four limbs) | $12,500 |
| Paraplegia (Paralysis of lower limbs) | $6,250 |
| Hemiplegia (Paralysis of one side of the body) | $4,750 |

The duration of the Paralysis must be a minimum of 30 days. This benefit will be payable once per Covered Person.

**Surgical Procedures:**

Treatment must be performed within one year of a covered accident. Two or more surgical procedures performed through the same incision will be considered one operation, and benefits will be paid based upon the most expensive procedure.

| | |
|---|---|
| Arthroscopy without surgical repair | $300 |
| Open abdominal (including exploratory laparotomy) | $1,250 |
| Cranial | $1,250 |
| Hernia | $200 |
| Open thoracic surgery (excluding chest tube insertions) | $1,250 |

© 2014 Aflac All Rights Reserved

Repair of:

| | |
|---|---|
| Tendons and/or ligaments | $625 |
| Torn rotator cuffs | $625 |
| Ruptured discs | $625 |
| Torn knee cartilages | $625 |

**Miscellaneous Surgical Procedures:**

Miscellaneous surgery that is not covered by any other specific-sum Injury benefit (Only one miscellaneous surgery benefit is payable per 24-hour period even though more than one surgical procedure may be performed.):

| | |
|---|---|
| Miscellaneous surgery with general anesthesia | $300 |
| Other miscellaneous surgery with conscious sedation | $120 |

**Pain Management (non-surgical):**

| | |
|---|---|
| Epidural | $100 |

This benefit is payable when a Covered Person is prescribed, receives, and incurs a charge for an epidural administered into the spine for pain management in a Hospital or a Physician's office for Injuries sustained in a covered accident. This benefit is not payable for an epidural administered during a surgical procedure. This benefit is payable no more than twice per covered accident, per Covered Person.

**<u>ACCIDENTAL-DEATH & DISMEMBERMENT BENEFITS:</u>**

**ACCIDENTAL-DEATH BENEFIT:**  Aflac will pay the applicable lump-sum benefit indicated below for an Accidental-Death. Accidental-Death must occur as a result of an Injury sustained in a covered accident and must occur within 90 days of such accident.

Named Insured or Spouse-

| | |
|---|---|
| Common-Carrier Accident | $150,000 |
| Other Accident | $40,000 |
| Hazardous Activity Accident | $10,000 |

Child-

| | |
|---|---|
| Common-Carrier Accident | $25,000 |
| Other Accident | $10,000 |
| Hazardous Activity Accident | $5,000 |

Aflac will pay an additional 25 percent of the Accidental-Death Benefit when two or more Accidental-Deaths occur in the same covered accident. Accidental-Death must occur as a result of an Injury sustained in a covered accident and must occur within 90 days of such accident.

P4014082

0MZZ0

23000G1

019511



© 2014 Aflac All Rights Reserved

**In the event of the Accidental-Death of a covered Spouse or Dependent Child,** Aflac will pay you the applicable lump-sum benefit indicated above. If you are disqualified from receiving the benefit by operation of law, then the benefit will be paid to the deceased Covered Person's estate unless Aflac has paid the benefit before receiving notice of your disqualification.

**In the event of your Accidental-Death,** Aflac will pay the applicable lump-sum benefit indicated above for your Accidental-Death to the beneficiary named in the application for this policy unless you subsequently changed your beneficiary. If you changed your beneficiary, then Aflac will pay this benefit to the beneficiary named in your last change of beneficiary request of record. If any beneficiary is a minor child, then any benefits payable to such minor beneficiary will not be paid until a guardian for the financial estate of the minor is appointed by the court or such beneficiary reaches the age of majority as defined by applicable state law. If any beneficiary is disqualified from receiving the benefit by operation of law, then the benefit will be paid as though that beneficiary died before you unless Aflac has paid the benefit before receiving notice of the beneficiary's disqualification. If a beneficiary dies before you do, the interest of that beneficiary terminates. If a beneficiary does not survive you by 15 days, then the benefit will be paid as though the beneficiary died before you unless Aflac has paid the benefit before receiving notice of the beneficiary's death. If no beneficiary survives you, Aflac will pay the benefit to your estate.

**ACCIDENTAL-DISMEMBERMENT BENEFIT:** Aflac will pay the applicable lump-sum benefit indicated below for Dismemberment. Dismemberment must occur as a result of an Injury sustained in a covered accident and must occur within 90 days of such accident. If a Covered Person does not qualify for the Accidental-Dismemberment Benefit but loses (with or without reattachment) at least one joint of a finger or toe, other than the first interphalangeal joint, we will pay the Partial Dismemberment Benefit.

Named Insured or Spouse-

    Dismemberment or complete loss of, with or without reattachment:

| | |
|---|---:|
| Both arms and both legs | $40,000 |
| Two eyes, feet, hands, arms or legs | $40,000 |
| One eye, foot, hand, arm, or leg | $10,000 |
| One or more fingers and/or one or more toes | $2,000 |
| Partial Dismemberment of finger or toe | $625 |

Child-

    Dismemberment or complete loss of, with or without reattachment:

| | |
|---|---:|
| Both arms and both legs | $12,500 |
| Two eyes, feet, hands, arms or legs | $12,500 |
| One eye, foot, hand, arm, or leg | $3,750 |
| One or more fingers and/or one or more toes | $625 |
| Partial Dismemberment of finger or toe | $300 |

Only the highest single benefit per Covered Person will be paid for Dismemberment. Benefits will be paid only once per Covered Person, per covered accident. If death and Dismemberment result from the same accident, only the Accidental-Death Benefit will be paid.

© 2014 Aflac All Rights Reserved

**ADDITIONAL BENEFITS:**

**WELLNESS BENEFIT (a preventive benefit; the Accidental-Death, Dismemberment, or Injury of a Covered Person is not required for this benefit to be payable):**  Aflac will pay $60 if you or any one Covered Person undergoes routine examinations or other preventive testing during the Calendar Year. Services covered are annual physical examinations, dental examinations, mammograms, Pap smears, eye examinations, immunizations, flexible sigmoidoscopies, ultrasounds, prostate-specific antigen tests (PSAs), and blood screenings. This benefit is payable only once per policy, per Calendar Year. Service must be under the supervision of or recommended by a Physician, received while your policy is in force, and a charge must be incurred.

**FAMILY SUPPORT BENEFIT:**  Aflac will pay $20 for each day a Covered Person qualifies for benefits under the Accident Hospital Confinement Benefit. Aflac will pay this benefit up to 30 days per covered accident.

**ORGANIZED SPORTING ACTIVITY BENEFIT:**  Aflac will pay an additional 25 percent of the benefits payable when a Covered Person receives treatment for Injuries sustained in a covered accident while participating in an Organized Sporting Activity. This benefit is not payable for Injuries that are caused by or occur as a result of a Covered Person's participating in any sport or sporting activity for wage, compensation, or profit, including officiating or coaching; or racing any type vehicle in an organized event. This benefit is limited to $1,000 per policy, per Calendar Year.

**CONTINUATION OF COVERAGE BENEFIT:**  Aflac will waive all monthly premiums due for this policy and riders, if any, for up to two months if you meet all of the following conditions:

1. Your policy has been in force for at least six months;
2. We have received premiums for at least six consecutive months;
3. Your premiums have been paid through payroll deduction and you leave your employer for any reason;
4. You or your employer notifies us in writing within 30 days of the date your premium payments cease because of your leaving employment; and
5. You re-establish premium payments through:
   (a) your new employer's payroll deduction process or
   (b) direct payment to Aflac.

You will again become eligible to receive this benefit after:

1. You re-establish your premium payments through payroll deduction for a period of at least six months, and
2. We receive premiums for at least six consecutive months.

**"Payroll deduction" means your premium is remitted to Aflac for you by your employer through a payroll deduction process.**

**WAIVER OF PREMIUM BENEFIT:**

**Employed:**  If you, due to Injuries sustained in a covered accident, are completely unable to do all of the usual and customary duties of your occupation or any occupation whatsoever, for more than 180 consecutive days while this policy is in force, Aflac will waive, from month to month, any premiums falling due during your continued inability. For premiums to be waived, Aflac will require an employer's statement (or proof of your inability to perform three or more ADLs) and a Physician's statement certifying your inability to perform said duties, and may each month thereafter require a Physician's statement that total inability continues.

© 2014 Aflac All Rights Reserved

**Not Employed:** If you, due to Injuries sustained in a covered accident, are completely unable to perform three or more of the Activities of Daily Living (ADLs) without Direct Personal Assistance for more than 180 consecutive days while this policy is in force, Aflac will waive, from month to month, any premiums falling due during your continued inability. For premiums to be waived, Aflac will require a Physician's statement certifying your inability to perform said activities, and may each month thereafter require a Physician's statement that total inability continues.

This Waiver of Premium Benefit is limited to a total maximum of 36 months per eligibility of the Waiver of Premium Benefit regardless of whether you are employed or not employed.

If you die and your Spouse becomes the new Named Insured, premiums will start again and be due on the first premium due date after the change. The new Named Insured will then be eligible for this benefit if the need arises.

While this benefit is being paid, Aflac may ask for and use an independent consultant to determine whether you can perform an ADL.

You must pay all premiums to keep the policy and any applicable rider(s) in force until Aflac approves your claim for this Waiver of Premium Benefit. You must also resume premium payment to keep the policy and any applicable rider(s) in force, beginning with the first premium due after you no longer qualify for Waiver of Premium Benefits.

**TRANSPORTATION BENEFIT:** Aflac will pay $600 per round trip to a Hospital when a Covered Person requires Hospital Confinement for medical treatment due to an Injury sustained in a covered accident.

Aflac will also pay $600 per round trip when a covered Dependent Child requires Hospital Confinement for medical treatment due to an Injury sustained in a covered accident if commercial travel (plane, train, or bus) is necessary and such Dependent Child is accompanied by any Immediate Family member.

This benefit is not payable for transportation to any Hospital located within a 50-mile radius of the site of the accident or residence of the Covered Person. The local attending Physician must prescribe the treatment requiring Hospital Confinement, and the treatment must not be available locally. This benefit is payable for up to three round trips per Calendar Year, per Covered Person. This benefit is not payable for transportation by ambulance or air ambulance to the Hospital.

**FAMILY LODGING BENEFIT:** Aflac will pay $125 per night for one motel/hotel room for a member(s) of the Immediate Family that accompanies a Covered Person who is admitted for a Hospital Confinement for the treatment of Injuries sustained in a covered accident. This benefit is payable only during the same period of time the injured Covered Person is confined to the Hospital. The Hospital and motel/hotel must be more than 50 miles from the residence of the Covered Person. This benefit is limited to one motel/hotel room per night and is payable up to 30 days per covered accident.

## Part 2
## DEFINITIONS

**ACCIDENTAL-DEATH:** death of a Covered Person caused by a covered Injury. See the Limitations and Exclusions section for Injuries not covered by this policy.

**ACTIVITIES OF DAILY LIVING (ADLs):** activities used in measuring your levels of personal functioning capacity. Normally, these activities are performed without Direct Personal Assistance, allowing your personal independence in everyday living.

© 2014 Aflac All Rights Reserved

The ADLs are:

- Bathing: washing oneself by sponge bath or in either a tub or shower, including the task of getting into or out of the tub or shower;

- Maintaining continence: controlling urination and bowel movements, including your ability to use ostomy supplies or other devices such as catheters;

- Transferring: moving between a bed and a chair, or a bed and a wheelchair;

- Dressing: putting on and taking off all necessary items of clothing;

- Toileting: getting to and from a toilet, getting on and off a toilet, and performing associated personal hygiene; and

- Eating: performing all major tasks of getting food into your body.

**AMBULATORY SURGICAL CENTER:** a facility licensed to provide surgical services in an operating room environment on an outpatient basis. This does not include a Physician's or dentist's office, clinic, or other such location.

**CALENDAR YEAR:** January 1 through December 31 of the same year.

**CATASTROPHIC LOSS:** an Injury that results in total and permanent or irrevocable loss of:

- The sight of one eye;

- The use of one hand/arm; or

- The use of one foot/leg.

**The Catastrophic Loss must occur on or after the Effective Date of coverage and while coverage is in force for benefits to be payable.**

**CHIP FRACTURE:** a Fracture in which a piece of the bone is broken off near a joint at a place where a ligament is usually attached. It must be diagnosed by a Physician through the use of an X-ray. **The Chip Fracture must occur on or after the Effective Date of coverage and while coverage is in force for benefits to be payable.**

**COMA:** a continuous state of profound unconsciousness lasting for a period of seven or more consecutive days, and characterized by the absence of (1) spontaneous eye movements, (2) response to painful stimuli, and (3) vocalization. The condition must require intubation for respiratory assistance. The term "Coma" does not include any medically induced coma. **The Coma must begin on or after the Effective Date of coverage and while coverage is in force for benefits to be payable.**

**COMMON-CARRIER ACCIDENT:** an accident directly involving a common-carrier vehicle in which a Covered Person is a passenger at the time of the accident. A "common-carrier vehicle" is limited to only an airplane, train, bus, trolley, or boat that is duly licensed by a proper authority to transport persons for a fee, holds itself out as a public conveyance, and is operating on a posted regularly scheduled basis between predetermined points or cities at the time of the accident. A "passenger" is a person aboard or riding in a common-carrier vehicle other than (1) a pilot, driver, operator, officer, or member of the crew of such vehicle; (2) a person having any duties aboard such vehicle; or (3) a person giving or receiving any kind of training or instruction. **A Common-Carrier Accident does not include any Hazardous Activity Accident or any accident directly involving private**, **on demand, or chartered transportation in which a Covered Person is a**

© 2014 Aflac All Rights Reserved

**passenger at the time of the accident. The Common-Carrier Accident must occur on or after the Effective Date of coverage and while coverage is in force for benefits to be payable.**

**COVERED PERSON:**  any person insured under Individual, Named Insured/Spouse Only, One-Parent Family, or Two-Parent Family coverage. See Type of Coverage definition.

**DEPENDENT CHILDREN:**  your natural children, stepchildren, or legally adopted children who are under age 26. Coverage of a Dependent Child will terminate on the child's 26th birthday. Children born to your Dependent Children or children born to the Dependent Children of your Spouse are not covered under this policy. Coverage provided under any One-Parent or Two-Parent Family policy will include any other Dependent Child, regardless of age, who is incapable of self-sustaining employment by reason of mental retardation or physical handicap, and who became so incapacitated prior to age 26 and while covered under this policy. You must furnish proof of such incapacity and dependency to Aflac within 31 days of the Dependent Child's 26th birthday. You must also furnish proof of continued incapacity and dependency at Aflac's request, but not more often than annually, after the two-year period following the Dependent Child's 26th birthday.

**DIRECT PERSONAL ASSISTANCE:**  direct physical assistance from another party required to help you perform an ADL, each and every time you perform that activity, because of an inability to perform the entire activity alone with the supports and mechanical aids normally available to you. **The Direct Personal Assistance must begin on or after the Effective Date of coverage and while coverage is in force for benefits to be payable.**

**DISLOCATION:**  a completely separated joint due to an Injury. The Dislocation must be diagnosed by a Physician within 72 hours after the date of the Injury and require correction by a Physician. It can be corrected by open or closed Reduction. **The Dislocation must occur on or after the Effective Date of coverage and while coverage is in force for benefits to be payable.**

**DISMEMBERMENT:**  loss (with or without reattachment) of one or more of the following due to an Injury: (1) Arm – actual severance above the elbow; (2) Leg – actual severance above the knee; (3) Hand – actual severance above the wrist; (4) Foot – actual severance above the ankle; (5) Finger – actual severance at the joint (proximate to the first interphalangeal joint) where it is attached to the hand; (6) Toe – actual severance at the joint (proximate to the first interphalangeal joint) where it is attached to the foot; and (7) Eye – loss of the eye or permanent loss of vision such that central visual acuity cannot be corrected to better than 20/200. **Loss of use does not constitute Dismemberment, except as stated above in (7) Eye. The Dismemberment must occur on or after the Effective Date of coverage and while coverage is in force for benefits to be payable.**

**EFFECTIVE DATE:**  the date(s) coverage begins as shown in the Policy Schedule or any attached endorsements or riders. The Effective Date **is not** the date you signed the application for coverage.

**FRACTURE:**  a break in a bone due to an Injury and that can be seen by X-ray. The Fracture must be diagnosed by a Physician within 14 days after the date of the Injury and require correction by a Physician. It can be corrected by open or closed Reduction. **The Fracture must occur on or after the Effective Date of coverage and while coverage is in force for benefits to be payable.**

© 2014 Aflac All Rights Reserved

**HAZARDOUS ACTIVITY ACCIDENT:** an accident while a Covered Person is participating in sky diving, scuba diving, hang gliding, motorized vehicle racing, cave exploration, bungee jumping, parachuting, or mountain or rock climbing; or while a pilot, officer, or member of the crew of an aircraft, having any duties aboard an aircraft, or giving or receiving any kind of training or instruction aboard an aircraft. **A Hazardous Activity Accident does not include any Common-Carrier Accidents. The Hazardous Activity Accident must occur on or after the Effective Date of coverage and while coverage is in force for benefits to be payable.**

**HOSPITAL:** a legally operated institution licensed by the state in which it is located that maintains and uses a laboratory, X-ray equipment, and an operating room on its premises or in facilities available to it on a prearranged, written, contractual basis. The institution must also provide 24-hour-a-day nursing service by or under the supervision of a registered professional nurse. The term "Hospital" also includes Ambulatory Surgical Centers. The term "Hospital" does not include any institution or part thereof used as a Rehabilitation Facility; a hospice unit, including any bed designated as a hospice bed or a swing bed; a transitional care unit; a convalescent home; a rest or nursing facility; an extended-care facility; a skilled nursing facility; a psychiatric unit; or a facility primarily affording custodial or educational care, care or treatment for persons suffering from mental disease or disorders, care for the aged, or care for persons addicted to drugs or alcohol. **Benefits for confinement in a Rehabilitation Facility are payable under the Rehabilitation Facility Benefit.**

**HOSPITAL CONFINEMENT:** a stay of a Covered Person confined to a bed in a Hospital for which a room charge is made. The Hospital Confinement must be on the advice of a Physician, Medically Necessary, and the result of a covered Injury. Confinement in a U.S. government Hospital does not require a charge for benefits to be payable. **The Hospital Confinement must begin on or after the Effective Date of coverage and while coverage is in force for benefits to be payable.**

**HOSPITAL EMERGENCY ROOM:** a unit of a Hospital dedicated to providing rapid and varied treatment 24 hours a day to victims of sudden illness or trauma with an assigned doctor trained in emergency medicine on duty at all times. The term "Hospital Emergency Room" does not include urgent care centers.

**IMMEDIATE FAMILY:** anyone related to you in the following manner: Spouse; brothers or sisters (includes stepbrothers and stepsisters); children (includes stepchildren); parents (includes stepparents); grandchildren (includes step-grandchildren); grandparents (includes step-grandparents); father- or mother-in-law; brothers- or sisters-in-law; and spouses, as applicable, of any of these.

**INJURY:** a bodily injury caused directly by an accident, independent of Sickness, disease, bodily infirmity, or any other cause. See the Limitations and Exclusions section for Injuries not covered by this policy. **An Injury must occur on or after the Effective Date of coverage and while coverage is in force for benefits to be payable.**

**INTENSIVE CARE UNIT (ICU):** a specifically designated facility of the Hospital that provides the highest level of medical care and that is restricted to those patients who are critically ill or injured. Such facilities must be separate and apart from the surgical recovery room and from rooms, beds, and wards customarily used for patient confinement. The ICU must be permanently equipped with special lifesaving equipment for the care of the critically ill or injured, and the patients must be under constant and continual observation by nursing staffs assigned exclusively to the ICU on a full-time basis. These units must be listed as Intensive Care Units in the current edition of the American Hospital Association Guide or be eligible to be listed therein. This guide lists three types of facilities that meet this definition: (1) Intensive Care Units, (2) Cardiac Intensive Care Units, and (3) Infant (Neonatal) Intensive Care Units.

© 2014 Aflac All Rights Reserved

P4014082

0MZZ0

23000G1

019517

**MEDICAL DIAGNOSTIC IMAGING CENTER:** a facility with the equipment to produce various types of radiologic and electromagnetic images, and a professional staff to interpret the images obtained.

**MEDICALLY NECESSARY:** treatment, services, or supplies necessary and appropriate for the diagnosis or treatment of an Injury based upon generally accepted medical practice.

**OCCUPATIONAL THERAPIST:** a specialist in occupational therapy, other than you or a member of your Immediate Family, who is licensed by the state to treat the type of condition for which a claim is made.

**ORGANIZED SPORTING ACTIVITY:** a competition or supervised organized practice for a competition. The competition must be governed by a set of written rules, be officiated by someone certified to act in that capacity, and overseen by a legal entity such as a public school system or sports conference. The legal entity must have a set of bylaws and competition must be on a regulation playing surface. Participation must be on an amateur basis. The Organized Sporting Activity Benefit is not payable for Injuries that are caused by or occur as a result of a Covered Person's participating in any sport or sporting activity for wage, compensation, or profit, including officiating or coaching; or racing any type vehicle in an organized event.

**OTHER ACCIDENT:** an accident that is not classified as either a Common-Carrier Accident or a Hazardous Activity Accident and that is not specifically excluded in the Limitations and Exclusions section. **An Other Accident must occur on or after the Effective Date of coverage and while coverage is in force for benefits to be payable.**

**PARALYSIS:** complete and total loss of use of two or more limbs (paraplegia, quadriplegia, or hemiplegia) for a continuous period of at least 30 days as the result of a spinal cord Injury. The Paralysis must be confirmed by the attending Physician. **The spinal cord Injury causing the Paralysis must occur on or after the Effective Date of coverage and while coverage is in force for benefits to be payable.**

**PARTIAL DISMEMBERMENT:** loss (with or without reattachment) of at least one joint of a finger or toe, other than the first interphalangeal joint. **The Partial Dismemberment must occur on or after the Effective Date of coverage and while coverage is in force for benefits to be payable.**

**PERIOD OF HOSPITAL CONFINEMENT:** the period of Hospital Confinement that starts on or after the Effective Date of coverage and while coverage is in force. If the Hospital Confinement follows a previously covered Hospital Confinement, it will be deemed a continuation of the first Hospital Confinement unless (1) the later Hospital Confinement is the result of an entirely unrelated Injury or (2) the Hospital Confinements are separated by 30 days or more. Hospitalization that begins prior to the end of one Calendar Year and continues into the next Calendar Year will be considered one Hospital Confinement.

**PHYSICAL THERAPIST:** a specialist in physical therapy (also known as a "Physiotherapist") other than you or a member of your Immediate Family, who is licensed by the state to treat the type of condition for which a claim is made.

**PHYSICIAN:** a person legally qualified to practice medicine, other than you or a member of your Immediate Family, who is licensed by the state to treat the type of condition for which a claim is made.

© 2014 Aflac All Rights Reserved

**PROSTHETIC DEVICE/PROSTHESIS:** an artificial device designed to replace a missing part of the body.

**REDUCTION:** open (surgical) or closed (manipulative) repair of a Fracture or Dislocation. **The Reduction must occur on or after the Effective Date of coverage and while coverage is in force for benefits to be payable.**

**REHABILITATION FACILITY:** a licensed facility or a unit of a Hospital providing coordinated multidisciplinary physical restorative services to inpatients under the direction of a Physician knowledgeable and experienced in rehabilitative medicine. If a unit of a Hospital, beds must be set up and staffed in an area specifically designated for this service. The term "Rehabilitation Facility" does not include a hospice unit, including any bed designated as a hospice or a swing bed; a convalescent home; a rest or nursing facility; a psychiatric unit; an extended-care facility; a skilled nursing facility; or a facility primarily affording custodial or educational care, care or treatment for persons suffering from mental disease or disorders, care for the aged, or care for persons addicted to drugs or alcohol.

**SICKNESS:** an illness, disease, infection, disorder, or condition not caused by an Injury, that is first manifested on or after the Effective Date of coverage and while coverage is in force.

**SPEECH THERAPIST:** a specialist in speech therapy, other than you or a member of your Immediate Family, who is licensed by the state to treat the type of condition for which a claim is made.

**TYPE OF COVERAGE:** see your Policy Schedule to determine the Type of Coverage issued: Individual, Named Insured/Spouse Only, One-Parent Family, or Two-Parent Family.

1. **Individual:** coverage for only you (the Named Insured listed in the Policy Schedule).

2. **Named Insured/Spouse Only:** coverage for you (the Named Insured) and your Spouse. "Your Spouse" is defined as the person to whom you are legally married and who is listed on your application.

3. **One-Parent Family:** coverage for you (the Named Insured) and all of your Dependent Children.

4. **Two-Parent Family:** coverage for you (the Named Insured), your Spouse, and all of your Dependent Children (or those of your Spouse).

Newborn children are automatically covered under the terms of this policy from the moment of birth. This includes a child with respect to whom a decree of adoption by the Named Insured has been entered within 31 days after the date of birth and of whom the Named Insured has temporary custody. Coverage for adopted children, other than newborns, will begin upon temporary custody for a year and may be extended by the court. Children born to your Dependent Children or children born to the Dependent Children of your Spouse are not covered under this policy. **If Individual or Named Insured/Spouse Only coverage is in force and you desire uninterrupted coverage for a newborn or adopted child, you must notify Aflac in writing within 31 days of the child's birth or the date of decree for adoption of the child.** Upon notification, Aflac will convert this policy to One-Parent Family or Two-Parent Family coverage and advise you of the additional premium due, if any. If One-Parent Family or Two-Parent Family coverage is in force, it is not necessary for you to notify Aflac of the birth of your child or the date of decree for adoption of a child, and an additional premium payment will not be required. If you desire any other person(s) to be covered after the Effective Date of this policy you must apply for such coverage, and that person must be added by endorsement. If Two-Parent Family coverage

P4014082

0MZZ0

23000G1

019519

is already in force, an additional premium will not be required. Insurance for persons added by endorsement becomes effective on the date specified on the endorsement.

The insurance on any Dependent Child will terminate on the Dependent Child's 26th birthday, (for continuation of coverage information, see Right of Conversion). Termination will be without prejudice to any claim originating prior to the date of termination. Aflac's acceptance of premium after such date will be considered as premium for only the remaining persons who qualify as Covered Persons under this policy. When coverage on all Dependent Children terminates, you must notify Aflac, in writing, and elect whether to continue this policy on an Individual or Named Insured/Spouse Only basis. After such notice, Aflac will arrange for the payment of the appropriate premium due, including returning any unearned premium. Coverage provided under any One-Parent Family or Two-Parent Family policy will continue to include any other Dependent Child, regardless of age, who is incapable of self-sustaining employment by reason of mental retardation or physical handicap and who became so incapacitated prior to age 26 and while covered under this policy. You must furnish proof of such incapacity and dependency to Aflac within 31 days of the Dependent Child's 26th birthday. You must furnish proof of continued incapacity and dependency at Aflac's request, but not more often than annually, after the two-year period following the Dependent Child's 26th birthday.

**Part 3**
**LIMITATIONS AND EXCLUSIONS**

**Aflac will not pay benefits for services rendered by you or a member of the Immediate Family of a Covered Person.**

**For any benefit to be payable, the Injury, treatment, or loss must occur on or after the Effective Date of coverage and while coverage is in force.**

**Aflac will not pay benefits for treatment or loss due to Sickness including (1) any bacterial, viral, or microorganism infection or infestation or any condition resulting from insect, arachnid, or other arthropod bites or stings; or (2) an error, mishap, or malpractice during medical, diagnostic, or surgical treatment or procedure for any Sickness.**

**Aflac will not pay benefits whenever coverage provided by this policy is in violation of any U.S. economic or trade sanctions. If the coverage violates U.S. economic or trade sanctions, such coverage shall be null and void.**

**Aflac will not pay benefits whenever fraud is committed in making a claim under this coverage or any prior claim under any other Aflac coverage for which benefits were received that were not lawfully due and that fraudulently induced payment.**

**Aflac will not pay benefits for an Injury, treatment, or loss that is caused by or occurs as a result of a Covered Person's:**

- Being exposed to war or any act of war, declared or undeclared, or actively serving in any of the armed forces or units auxiliary thereto, including the National Guard or Reserve;

- Being intoxicated or under the influence of alcohol, drugs, or any narcotic, unless administered on the advice of a Physician and taken according to the Physician's instructions (the term "intoxicated" refers to that condition as defined by the law of the jurisdiction in which the cause of the loss occurred);

© 2014 Aflac All Rights Reserved

- Using any drug, narcotic, hallucinogen, or chemical substance (unless administered by a Physician and taken according to the Physician's instructions) or voluntarily taking any kind of poison or inhaling any kind of gas or fumes;

- Participating in, or attempting to participate in, an illegal activity that is defined as a felony ("felony" is as defined by the law of the jurisdiction in which the activity takes place);

- Intentionally self-inflicting a bodily injury, or committing or attempting suicide, while sane or insane;

- Having cosmetic surgery except that "cosmetic surgery" shall not include reconstructive surgery when such service is incidental to or follows surgery resulting from trauma, infection or other diseases of the involved part, and reconstructive surgery because of congenital disease or anomaly of a covered dependent child which has resulted in a functional defect;

- Having elective procedures that are not Medically Necessary; or

- Having dental treatment except as a result of Injury.

**Part 4**
**RIGHT OF CONVERSION**

**DISSOLUTION OF MARRIAGE:**  If you and your Spouse dissolve your marriage by a valid decree of dissolution and your ex-Spouse was covered under a Named Insured/Spouse Only or Two-Parent Family policy, your ex-Spouse's coverage will terminate. Your ex-Spouse may then apply for and receive, without evidence of insurability, a policy in the same occupation class providing coverage not greater than the terminated coverage. To obtain the policy, your ex-Spouse must make application to Aflac within 60 days following the entry of the decree of dissolution of marriage and pay the appropriate premium for the policy. If such dissolution of marriage occurs, the Named Insured under this policy at the time of the dissolution will retain that status. Any Dependent Children may be covered under either policy, but not both.

**DEATH:**  In the event of your death, your Spouse, if alive and covered under this policy, will become the Named Insured and coverage will continue in the same occupation class.

**TERMINATION OF DEPENDENCY:**  A Dependent Child whose dependency has terminated and who desires to continue coverage as a Named Insured under a separate policy may do so by notifying Aflac of the request in writing. Such person will have the right to apply for an equivalent policy in the same occupation class without evidence of insurability and without interruption in coverage, provided Aflac receives written notification of the request prior to 31 days after the date he or she is no longer considered a Dependent Child.

**Part 5**
**UNIFORM PROVISIONS**

**ENTIRE CONTRACT; CHANGES:**  This policy, together with the application, endorsements, benefit agreements, riders, and attached papers, if any, constitutes the entire contract of insurance. No change in this policy is valid until approved in writing by the president and the secretary of Aflac at our worldwide headquarters. Any such change must be noted hereon or attached hereto. Any rider, endorsement, or application which modifies, limits, or excludes coverage under this policy must be signed by you, the Named Insured, to be valid. No associate (duly licensed agent) has the authority to change this policy or waive any of its provisions.

© 2014 Aflac All Rights Reserved

**TIME LIMIT ON CERTAIN DEFENSES:**  After two years from the Effective Date of coverage, no misstatements, except fraudulent misstatements, made by you in the application shall be used to void this policy or to deny a claim for loss incurred commencing after the expiration of such two-year period.

**TERM:**  The term of this policy begins at midnight, standard time, at the place where you reside on the Effective Date shown in the Policy Schedule. It ends at midnight, at the same standard time, on the first renewal date. Each renewal term ends at midnight, at the same standard time, on the next following renewal date. Renewal dates are determined by the mode of payment. The mode of payment for the original term of this policy is shown in the Policy Schedule. An annual premium will maintain this policy in force for 12 months, semiannual for six months, quarterly for three months, and monthly for one month. Premium for a term is due on the first day of that term. **If you fail to pay your premium by the end of the grace period, coverage under this policy will terminate.**

**Termination of this policy shall be without prejudice to any benefits if such benefits began while the policy was in force and continues without interruption after termination. Such extension of the benefits beyond the period the policy was in force may be limited to the duration of the benefit period, if any, or to payment of the maximum benefits and may be subject to any policy waiting period and all other applicable provisions of the policy.**

**MISSTATEMENT OF AGE:**  If an age has been misstated on the application, the benefits will be those the premium paid would have purchased at the correct age. Aflac will refund all unearned premiums paid, less any benefits paid, if the misstated age at the time of application was outside the age limits for this policy.

**REINSTATEMENT:**  You may request reinstatement of your policy from Aflac or from your associate (duly licensed agent). If your policy has lapsed for nonpayment of premium and we accept a later payment without requiring an application, your policy will be reinstated. If we require a written application and provide you with a conditional receipt, your policy will be reinstated upon our approval of the application. If we do not notify you of our disapproval in writing within 45 days of the date your application is received at our worldwide headquarters, your policy will be deemed reinstated. The reinstated policy will cover only loss resulting from an Injury sustained on or after the date of reinstatement. In all other respects, you and Aflac will have the same rights as provided under the policy immediately before the due date of the defaulted premium, subject to any provisions added in connection with the reinstatement. Any premium accepted in connection with a reinstatement will be applied to a period for which premium has not been previously paid, but not to any period more than 60 days prior to the date of reinstatement.

**GRACE PERIOD:**  A grace period of 31 days will be granted for the payment of each premium falling due after the first premium. During the grace period, this policy will continue in force.

**MISSTATEMENT OF OCCUPATION OR INCOME:**  If your occupation has been misstated, the benefits will be those that the premiums paid would have purchased for your correct occupation. If your income has been misstated, the benefit payable will be that which would have been allowed for your true income level, and any overpayment of premium will be refunded.

**NOTICE OF CLAIM:**  Written notice of claim must be given within 60 days after a covered loss starts or as soon as reasonably possible. The notice can be given to Aflac at our worldwide headquarters, 1932 Wynnton Road, Columbus, Georgia 31999, or to your associate (duly licensed agent). The notice of claim should include the name of the Covered Person and the policy number.

© 2014 Aflac All Rights Reserved

**CLAIM FORMS:**  When we receive a notice of claim, we will send you forms for filing proof of loss. If the forms are not given to you within ten working days after such notice is given, you will meet the proof-of-loss requirements by giving us a written statement of the nature and extent of the loss within the time limit stated in the Proof of Loss provision.

**PROOF OF LOSS:**  Written proof of loss (claim forms, medical bills, medical authorizations, or other reasonable evidence of the claim that is ordinarily required) must be furnished to Aflac at our worldwide headquarters within 90 days after the date of such loss. Failure to furnish such proof within the time required will not invalidate or reduce any claim if it was not reasonably possible to give proof within such time. However, such proof must be furnished as soon as reasonably possible and in no event (except in the absence of legal capacity) later than 15 months from the time proof is otherwise required.

**TIME OF PAYMENT OF CLAIMS:**  All benefits payable under this policy will be paid immediately upon receipt of due written proof of loss.

**PAYMENT OF CLAIMS:**  Except for the Accidental-Death Benefit payable due to your Accidental-Death, all benefits will be payable to you unless assigned by you or by operation of law. Any accrued benefits unpaid at your death will be paid to your estate. See the Accidental-Death Benefit for claim payment information regarding your Accidental-Death.

**LEGAL ACTIONS:**  No legal action may be brought to recover on this policy within 60 days after written proof of loss has been given as required by this policy. No such action may be brought after six years from the time written proof of loss is required to be given.

**CONFORMITY WITH STATE STATUTES:**  Any provision of this policy that, on its Effective Date, is in conflict with the statutes of the state in which it was issued is hereby amended to conform to the minimum requirements of such statutes.

**PHYSICAL EXAMINATIONS AND AUTOPSY:**  Aflac, at its own expense, will have the right and opportunity to examine a Covered Person when and as often as it may be reasonably required during the pendency of a claim hereunder, and to make an autopsy during the period of contestability in the case of death where autopsy is not forbidden by law. The autopsy must be performed in South Carolina.

**CHANGE OF BENEFICIARY:**  Unless you made the beneficiary designation in the attached application irrevocable, you have the right to make a change by giving Aflac notice in a form satisfactory to Aflac. The beneficiary change will not be effective until we have recorded it at Aflac's Worldwide Headquarters. After it has been recorded, the beneficiary change will be effective as of the date it is signed. However, your dying before the request is recorded will not affect any benefit we have already paid. The consent of the beneficiary is not required to surrender the policy, assign the policy benefits, change the beneficiary, or make any other changes to this policy.

**ASSIGNMENT:**  Aflac will not assume responsibility for determining the validity of an assignment of your benefits to a provider of services. No such assignment of benefits will be recognized until we receive notice at our worldwide headquarters that you have specifically assigned the benefits of your Aflac policy.

**OTHER INSURANCE WITH AFLAC:**  If the Named Insured is covered under more than one Aflac accident-only policy, only the one policy chosen by you, your beneficiary, or your estate, as the case may be, will be effective. Aflac will pay benefits under the policies for claims that may have been incurred since their respective Effective Dates. Aflac will also return all premiums paid for the canceled policies from the date of duplication, less any benefits paid under these policies from such date.

Form A36000SC                               22                          A36300SC.1
© 2014 Aflac All Rights Reserved

**AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS**
**(herein referred to as Aflac)**
**Worldwide Headquarters • 1932 Wynnton Road • Columbus, Georgia  31999**
**A Stock Company**

## ENDORSEMENT TO ACCIDENT POLICY FORM

CERTIFICATE OR
POLICY NUMBER: P4014082                          DATE OF ISSUE:  See Policy Schedule

INSURED: Perry, David R                          ENDORSEMENT DATE:  August 1, 2016,
                                                 or Policy Effective Date, whichever is later.


This endorsement is subject to all of the provisions of the policy to which it is attached. A change has been made to the above policy and indicated as follows:

**HAZARDOUS ACTIVITY ACCIDENT** definition has been amended by deleting "or while a pilot, officer, or member of the crew of an aircraft, having any duties aboard an aircraft, or giving or receiving any kind of training or instruction aboard an aircraft."


This endorsement will automatically terminate with the policy.

In witness whereof, this endorsement has been executed by Aflac's Worldwide Headquarters in Columbus, Georgia, on the above stated endorsement date.


Virgil R. Miller, President                      J. Matthew Loudermilk, Secretary

© 2016 Aflac All Rights Reserved

**AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS**
**(herein referred to as Aflac)**
Worldwide Headquarters • Columbus, Georgia  31999
A Stock Company

## ENDORSEMENT TO ACCIDENT-ONLY POLICY SERIES A36000

POLICY NUMBER: P4014082                DATE OF ISSUE:  See Policy Schedule

INSURED: Perry, David R                ENDORSEMENT DATE:   January 1, 2018, or
                                       Policy Effective Date, whichever is later.

This endorsement is subject to all of the provisions of the policy to which it is attached. A change has been made to the above policy and indicated as follows. The LIMITATIONS AND EXCLUSIONS has been amended by removing the following:

"Being intoxicated or under the influence of alcohol, drugs, or any narcotic, unless administered on the advice of a Physician and taken according to the Physician's instructions (the term "intoxicated" refers to that condition as defined by the law of the jurisdiction in which the cause of the loss occurred);"

"Using any drug, narcotic, hallucinogen, or chemical substance (unless administered by a Physician and taken according to the Physician's instructions) or voluntarily taking any kind of poison or inhaling any kind of gas or fumes."

This endorsement has been executed at Aflac Worldwide Headquarters in Columbus, Georgia, on the above-stated endorsement date.


*Virgil R. Miller*                      *J. Matthew Loudermilk*

Virgil R. Miller, President             J. Matthew Loudermilk, Secretary

Form A36091SC                                              A36091SC.1

**AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS**
**(herein referred to as Aflac)**
**Worldwide Headquarters • 1932 Wynnton Road • Columbus, Georgia  31999**
**A Stock Company**

## ENDORSEMENT TO ACCIDENT-ONLY INSURANCE POLICY SERIES A36000

POLICY NUMBER: P4014082                    EFFECTIVE DATE:  See Policy Schedule

INSURED: Perry, David R                    ENDORSEMENT DATE: March 1, 2024, or Policy Effective Date, whichever is later

This endorsement is subject to all of the provisions of the policy to which it is attached. A change has been made to the above policy series and indicated as follows.

In **Part 1, BENEFITS**, the following benefits have been increased to the amounts shown below:

| BENEFIT: | NEW BENEFIT AMOUNT: |
|---|---|
| Accident Treatment Benefit: | |
|     Hospital Emergency Room without X-Ray | $200 |
|     Office or facility (other than a Hospital Emergency Room) with X-Ray | $200 |
|     Office or facility (other than a Hospital Emergency Room) without X-Ray | $200 |
| Wellness Benefit | $90 |
| Accidental-Death Benefit: | |
|     Named Insured or Spouse | |
|     Other Accident | $50,000 |
|     Child | |
|     Other Accident | $12,500 |

In **Part 2, DEFINITIONS**, the phrase "by reason of mental retardation or physical handicap" in the definitions of Dependent Children and Type of Coverage has been changed to "by reason of intellectual or physical disability."

This endorsement will automatically terminate with the policy.

In witness whereof, this endorsement has been executed at Aflac's Worldwide Headquarters in Columbus, Georgia, on the above stated endorsement date.

*Virgil R. Miller*

Virgil R. Miller, President

*J. Matthew Loudermilk*

J. Matthew Loudermilk, Secretary

© 2014 Aflac All Rights Reserved

The following privacy practice pages are not part of your policy contract but are provided to you as required by Federal law. Please review these documents carefully.

# Aflac.

Rev. 04/2024

| **FACTS** | **WHAT DOES AFLAC DO WITH YOUR PERSONAL INFORMATION?** |
|---|---|
| **Why?** | Financial companies choose how they share your nonpublic personal information (NPI). Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your NPI. Please read this notice carefully to understand what we do. |
| **What?** | The types of NPI we collect and share depend on the product or service you have with us. This information can include:<br><br>■ Social Security number and salary data<br>■ financial and health information<br>■ claims and payment information |
| **How?** | All financial companies need to share customers' NPI to run their everyday business. In the section below, we list the reasons financial companies can share their customers' NPI; the reasons Aflac chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does Aflac share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes —** such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes —** to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | No | No |
| **For our affiliates' everyday business purposes —** information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes —** information about your creditworthiness | No | We don't share |
| **For our affiliates to market to you** | Yes | Yes, see "To limit our sharing" below |
| **For nonaffiliates to market to you** | No | We don't share |

| To limit our sharing | To advise us of your affiliate marketing preference you can:<br><br>■ Call **1-800-992-3522 —** our representatives will assist you with your choice. Please have your policy number available when you call.<br><br>■ Visit us online at <u>aflac.com</u> – search "Affiliate Marketing" to access and complete a copy of our affiliate marketing opt out form.<br><br>If you have previously opted out, your preference is already on file; you do not need to opt out again.<br><br>**Please note:**<br>If you are a new customer, we can begin sharing your NPI 30 days from the date we sent this notice. When you are no longer our customer, we can continue to share your NPI as described in this notice.<br><br>However, you can contact us at any time to advise us of your preference. |
|---|---|
| Questions? | Call 1-800-992-3522 or go to <u>aflac.com</u> |

**Page 2 of 3**

| Who we are | |
|---|---|
| Who is providing this notice? | American Family Life Assurance Company of Columbus, American Family Life Assurance Company of New York, Continental American Insurance Company, and Tier One Insurance Company (collectively, "Aflac"). |

| What we do | |
|---|---|
| How does Aflac protect my personal information? | Aflac and its agents safeguard customer (and former customer) NPI by:<br>■ maintaining administrative, technical, and physical safeguards that comply with Federal and State laws. These measures include computer safeguards and secured files and buildings.<br>■ limiting access to NPI to only those employees who need access to perform their job functions<br>■ providing privacy training and awareness to all employees |
| How does Aflac collect my personal information? | We collect your NPI in the following ways (including, but not limited to):<br>■ directly from you when applying for coverage (e.g., name, address, financial and health information)<br>■ through your transactions with Aflac or our agents (e.g., claims and payment information)<br>■ through your transactions with nonaffiliated third parties (e.g., accident reports, health and insurance application histories, health history) |
| Why can't I limit all sharing? | Federal law gives you the right to limit only:<br>■ sharing for affiliates' everyday business purposes—information about your creditworthiness<br>■ affiliates from using your NPI to market to you<br>■ sharing for nonaffiliates to market to you<br>State laws and individual companies may give you additional rights to limit sharing. See *Other Important Information below*. |
| What happens when I limit sharing for an account I hold jointly with someone else? | Your choices will apply to everyone on your account. |

| Definitions | |
|---|---|
| Affiliates | Companies related by common ownership or control. They can be financial and nonfinancial companies. *Our affiliates include American Family Life Assurance Company of Columbus, American Family Life Assurance Company of New York, Continental American Insurance Company, and Tier One Insurance Company.* |
| Nonaffiliates | Companies not related by common ownership or control. They can be financial and nonfinancial companies. *Aflac does not share with nonaffiliates so they can market to you.* |
| Joint marketing | A formal agreement between nonaffiliated financial companies that together market financial products or services to you. *Aflac does not have any joint marketing partners.* |



Form A-90070                                                                                     A90070.8

**Page 3 of 3**

**Other important information**

## NOTICE OF INFORMATION PRACTICES

Arizona, Connecticut, Georgia, Illinois, Kansas, Maine, Massachusetts, Minnesota, Nevada, New Jersey, North Carolina, Ohio, Oregon, and Virginia require insurers to provide a Notice of Information Practices in addition to providing this privacy notice. There is significant overlap between the two notices, but in general our information practices include the following: Aflac may obtain information about you and any other persons proposed for insurance. Some of this information will come from you and some may come from other sources. That information and any other subsequent information collected by Aflac may in some circumstances be disclosed to third parties without your specific consent. Residents of these states have the right to access, correct, amend or delete the information collected about them except information that relates to a claim or to a civil or criminal proceeding. They also have the right to receive the specific reason for an adverse underwriting decision in writing. If you wish to have a more detailed explanation of our information practices required by your state, please submit a written request to: Aflac, Attn: Policy Service, 1932 Wynnton Road, Columbus, GA 31999.

## STATE-SPECIFIC DISCLOSURES

Customer NPI shall be collected, used, and stored in accordance with applicable federal privacy laws. To the extent that the privacy laws of a Customer's state of residence are more protective of the Customer's NPI than federal privacy laws, Aflac will protect the Customer's NPI in accordance with such state law.

***Attention Washington Residents:*** You have the right to limit disclosures of your nonpublic personal information under the circumstances described in WAC 284-04-510. For instance, you may request in writing that Aflac limit the disclosure of nonpublic personal information to specified individuals if the disclosure of the information to those individuals could jeopardize your safety. In addition, you may also request, in writing, that Aflac limit certain disclosures of information regarding reproductive health, sexually transmitted diseases, chemical dependency, and mental health. For more information or if you wish to submit a request, please write to: Aflac, Attn: Privacy Office, 1932 Wynnton Road, Columbus, GA 31999.

## NOTICE OF PRIVACY PRACTICES - PROTECTED HEALTH INFORMATION

If you would like a copy of Aflac's Notice of Privacy Practices - Protected Health Information, issued pursuant to the Health Insurance Portability and Accountability Act of 1996 (HIPAA), copies are available by visiting Aflac's website, <u>aflac.com</u>, or sending a written request to: Aflac, Attn: Privacy Office, 1932 Wynnton Road, Columbus, GA 31999.