**EXHIBIT 2**

# AFLAC NEW BUSINESS TRANSMITTAL

☐ Bank Draft   ☒ Payroll   ☐ Association   ☐ Direct
☐ Credit Card  ☐ Employee Nonpayroll  ☒ Conversion

2. Date: 11/1/2016
3. State Business Written In: SC
4. Multi-State/Multi-Location Account
   ☐ Yes   ☐ No
   If yes, has account been registered with Account Relations Department?
   ☐ Yes   ☐ No

1. Associate's Transmittal No. (Two Digits Only): **1**

## 5. ASSOCIATE INFORMATION

A. 100 % Payable to: **AMANDA HARVEY**   Writing No.: **UR821**   Sit. Code: **0**   Phone No.: _____
Associate's Address: **22 HILLCREEK BLVD, CHARLESTON, SC 29412**   Fax No.: _____

B. % Payable to: _____   Writing No.: _____   Sit. Code: _____   Phone No.: _____
Associate's Address: _____   Fax No.: _____

C. % Payable to: _____   Writing No.: _____   Sit. Code: _____   Phone No.: _____
Associate's Address: _____   Fax No.: _____

D. % Payable to: _____   Writing No.: _____   Sit. Code: _____   Phone No.: _____
Associate's Address: _____   Fax No.: _____

**Split-Business Requirements:** "I, the writing associate A, certify that it is my desire to have all compensation paid as indicated above." The associate who signed the applications must sign this statement. If applications were signed by two different associates, both must sign below.

Signature of Writing Associate A

## 6. IF EMPLOYEE OR ASSOCIATION BUSINESS, COMPLETE THIS SECTION:

By completing this section, I certify that this account meets the requirements set forth by Aflac and that each applicant is a valid member/employee of the account.

**CAROLINA SOUND COMMUNICATIONS INC 7630 S** , **N CHARLESTON** , **SC** , **29420**

If PEO/Leasing or Staffing Company, list contracted Company Name: _____
Approved Aflac ID No.: _____
Has SIC/Industry Code been approved by SIC unit at Aflac? If not, seek approval before submitting applications.

7. ☒ New Account
   ☐ Additions to Existing Account No. **0MZZ0**
   Is this account sponsored by employer?
   Yes ☐   No ☐   (PA residents only)

8. ☐ Nonsoliciting Broker   ☒ General Agent
   Broker/General Agent No.: _____
   Level No.: _____

## 9. Wingspan Cafeteria Plan or Cafeteria Information (if applicable):

Plan Year: **11/1/2016** – **10/31/2017**
Beginning (MM/DD/YY)   Ending (MM/DD/YY)
☐ New Wingspan Cafeteria Plan Account
☒ Addition to existing New Wingspan Cafeteria Account No. **0MZZ0**
☐ Existing Aflac payroll account to be converted to a new New Wingspan Cafeteria Account
☐ Other cafeteria plan _____

**FOR WWHQ USE ONLY:**
Summary Number: _____
Specialist Name: _____
Date Processed: _____
Effective Date: _____   Specification Code: _____

| 10. NAME OF APPLICANT Last, First, MI | 11. New/Existing Employee | 12. Line of Business | 13. Modal Prem. Sold *After-Tax | 14. Dept. No. | 15. Premium Remitted |
|---|---|---|---|---|---|
| 1. PERRY, DAVID R | E | ACCIDENT | 38.52 | | |
| 2. PERRY, DAVID R | E | SPECIFIED E | 31.44 | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |

16. SEND POLICY TO:  (01) Applicant ☒   (02) Associate ☐   (03) Account ☐   (04) State Office ☐   Other ☐   (EXPLAIN BELOW)

17. REQUESTED EFFECTIVE DATE: _____

18. SPECIAL INSTRUCTIONS/INFORMATION: _____

**FOR RPS USE ONLY:**

AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS • COLUMBUS, GEORGIA 31999
SUBMIT ONE COPY FOR OFFICE USE.

M0018R.2                                                                                   M0018R.2 (10/2010)

*Payroll*

**ACCIDENT-ONLY INSURANCE (A36000 Series)**

☐ New
☒ Conversion

Application to: American Family Life Assurance Company of Columbus
(herein referred to as Aflac)
Worldwide Headquarters • Columbus, Georgia 31999

Policy Number: **P4014082**

**Please Print in Black Ink — To Be Completed by Proposed Insured**

Proposed Insured's Name  **PERRY**          **DAVID**          **R**
                          Last               First              MI

DOB ▮▮ **1973**          Sex **M**          SSN ▮▮▮-**3139**
    Month/Day/Year

Address **23 CHARING CROSS RD**
         Street or Post Office Box                              Apt. No.

City **CHARLESTON**          State **SC**          ZIP **29407**

Telephone ( ) ▮▮▮▮▮▮▮▮▮                Best Time to Call **ANY**
          ☐ Home  ☐ Work  ☒ Cell

Email Address _____

Are you applying for Dependent Child(ren) coverage?   ☒ Yes   ☐ No
If yes, Dependent Children must be under age 26 as of the Effective Date of coverage.

**Write Spouse's name below if you are applying for Two-Parent Family or Named Insured/Spouse Only coverage; if you have no Spouse or your Spouse is not to be covered, put N/A in the space below.**

Spouse's Name _____ **N/A** _____          DOB _____          Sex _____
                Last     First    MI           Month/Day/Year

Account Name  **CAROLINA SOUND**              Account No. **0MZZ0**
Name of Employer **CAROLINA SOUND**           Type of Business **SOUND COMMUNICATIONS**
Job Duties **OWNER**
Job Title **OWNER**

Occupation Class **B** _____          Industry Code **B** _____
         (Completed by associate/agent)               (Completed by associate/agent)

**PLEASE COMPLETE THE FOLLOWING ELIGIBILITY QUESTION**

1. Are you, the Proposed Insured, actively at work with the employer listed above?   ☒ Yes   ☐ No
   If no, a policy will not be issued; therefore, do not submit this application.

Is this insurance intended to replace any other health insurance now in force?   ☐ Yes   ☒ No
If yes, please read and sign the Replacement Notice provided by your associate/agent, if applicable, and provide the policy number here: _____

Does anyone to be covered currently have any other Accident coverage with Aflac or have you, the Proposed Insured, had any other Accident coverage with Aflac that terminated within the last six months?   ☒ Yes   ☐ No
If yes, or we determine that other Accident coverage was in force within the last six months, this application will be processed as a conversion of that coverage. Please give current policy number and see Applicant's Statements and Agreements concerning conversions and replacement of coverage.
Policy Number: **P4014082**

Please list all accident and health insurance you have in force including the name of the insurance company, the type of policy and if possible, the policy number: _____

Form A36001cSC          1 of 5          A36001cSC.1
                                        © 2014 Aflac All Rights Reserved

| Check Coverage Desired: | ☐ Individual | ☐ Named Insured/ Spouse Only | X One-Parent Family | ☐ Two-Parent Family |
|---|---|---|---|---|

Class:  ☐ A  **X** B  ☐ C  ☐ D  ☐ E        **X** Pre-Tax or ☐ After-Tax

**SELECT ONE TYPE OF COVERAGE:** **X** 24-Hour Accident-Only  ☐ Off-the-Job Accident-Only (available on Option 3 only)

**SELECT ONE PLAN OPTION (Issue Ages 18-75):**   ☐ Option 1   ☐ Option 2   **X** Option 3   ☐ Option 4

**Optional Rider (Issue Ages 18-70):**
☐ Additional Accidental-Death Benefit Rider Series A36050 | ☒ After-Tax Only

**Billing Method:**           **Mode:**
**X** Payroll Deduction        ☐ 01 Weekly              ☐ 01 Monthly
☐ Bank Draft (B/D, ACH)     ☐ 01 14-Day Biweekly     ☐ 03 Quarterly
☐ Credit Card (C/C)         ☐ 01 Semimonthly         ☐ 06 Semiannual
                            **X** 01 28-Day Biweekly    ☐ 12 Annual

**PLEASE NOTE:** If the B/D or C/C billing method is checked, only the following modes of payment are available: Monthly, Quarterly, Semiannual, or Annual.

Employee No. _____  Dept. No. _____  Assoc./Agent's No. **UR821** _____

Billable Premium $ __**38.52**_____  Premium Collected $ __**PR**_____  Sit. Code __**0**_____

**BENEFICIARY INFORMATION**

**PLEASE NOTE:** Your beneficiary will be your estate unless otherwise indicated.

If you name a trust as your beneficiary, please include full name of trust.

We do not recommend that you name a minor child as your beneficiary. If you name a minor child as your beneficiary, any benefits due your minor beneficiary will not be payable until a guardian for the financial estate of the minor is appointed by the court or such beneficiary reaches the age of majority as defined by your state. We suggest you obtain legal advice before naming a minor child as your beneficiary.

Primary beneficiary(ies):                    NOTE: Total % of Proceeds must equal 100%

(1) Name  **PERRY            IV         CHARLES**                  % of Proceeds  **100**
          Last Name         First Name       MI

Or Trustee(s) of _____
                     Name of Trust

Trust under trust agreement dated _____

Address  **140 GABRIEL LANE**        **SUMMERVILLE**      **SC**       **29483**
         Street Address             City              State        Zip

Telephone No. ████████████        SSN **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**

Date of Birth ██**1970**          Relationship to Insured  **BROTHER**

(2) Name _____  % of Proceeds _____
          Last Name    First Name    MI

Or Trustee(s) of _____
                     Name of Trust

Trust under trust agreement dated _____

Address _____
        Street Address   City    State   Zip

Telephone No. _____        SSN _____-_____-_____

Date of Birth _____        Relationship to Insured _____

Form A36001cSC                    2 of 5                      A36001cSC.1
                                                    © 2014 Aflac All Rights Reserved

**Contingent beneficiary(ies):**                     NOTE: Total % of Proceeds must equal 100%

(1) Name _____  % of Proceeds _____
           Last Name     First Name     MI

Or Trustee(s) of _____
                  Name of Trust

Trust under trust agreement dated _____

Address _____
        Street Address     City     State     Zip

Telephone No. _____  SSN _____-_____-_____

Date of Birth _____  Relationship to Insured _____

(2) Name _____  % of Proceeds _____
           Last Name     First Name     MI

Or Trustee(s) of _____
                  Name of Trust

Trust under trust agreement dated _____

Address _____
        Street Address     City     State     Zip

Telephone No. _____  SSN _____-_____-_____

Date of Birth _____  Relationship to Insured _____

**APPLICANT'S STATEMENTS AND AGREEMENTS:**

- I understand that the Effective Date of the policy and/or rider(s) will be the date recorded in the Policy Schedule by Aflac Worldwide Headquarters. It is not the date I signed this application.

- I understand that the policy I am applying for will not cover any person who has reached his or her 76th birthday before the Effective Date of coverage. If I am applying for an optional rider, I understand that the rider I am applying for will not cover any person who has reached his or her 71st birthday before the Effective Date of coverage.

- If applicable, I understand that Dependent Children, if any, must be under age 26 as of the Effective Date of coverage. Once covered, Dependent Children will continue to be covered until their 26th birthday. When coverage on all Dependent Children terminates, you must notify Aflac, in writing, and elect whether to continue the coverage on an Individual or Named Insured/Spouse Only basis. After such notice, Aflac will arrange for the payment of the appropriate premium due, including returning any unearned premium.

- I acknowledge receipt of, if applicable:
  - ❑ Replacement Notice                        ❑ *Guide to Health Insurance for People With Medicare*
  - X Outline of Coverage                       ❑ Electronic Delivery Notice

- I am eligible for Medicare by reason of age. ❑ Yes  X No  If Yes, please complete Supplemental Form A-10357-1.

- I understand that (1) the policy, together with the applications, endorsements, benefit agreements, riders, and attached papers, if any, constitutes the entire contract of insurance, and (2) no change to the policy will be valid until approved by Aflac's president and secretary, and noted in or attached to the policy.

- I understand that the associate/agent cannot change the provisions of the policy or waive any of its provisions either orally or in writing.

- I understand that the purchase of the policy and/or rider(s) is intended to supplement my existing comprehensive health care coverage. It is not intended to replace or be issued in lieu of that coverage.

© 2014 Aflac All Rights Reserved

- I understand that the premium amount listed on this application represents the premium amount that my employer will remit to Aflac on my behalf. I further understand that this amount, because of my employer's billing/payroll practices, may differ from the amount being deducted from my paycheck or the premium amount quoted to me on an online enrollment system, if applicable.

- If I am applying to replace existing Aflac coverage with this policy, I acknowledge that the policies and/or rider(s) may have different benefits and that I should compare them to determine which is best for me. I understand and agree that I am terminating my current Aflac policy and/or rider(s) and its/their benefits for the benefits provided in this Aflac policy.

  **Proposed Insured's Initials** _[signature]_

- I acknowledge that I was offered the optional rider, and I have personally determined which, if any, are best for me.

  **Proposed Insured's Initials** _[signature]_

- I have read, or had read to me, the statements and answers I have provided on this application. I understand that the policy and/or rider(s) are to be issued based upon these statements and answers, and any other pertinent information Aflac may require for proper underwriting. The answers are complete and true. I understand that all statements made in this application are deemed representations and not warranties, but that material misrepresentations herein may result in loss of coverage under the policy and/or rider(s).

---

**NOTICE OF INFORMATION PRACTICES**

To issue an insurance policy, Aflac may need to obtain additional information about you and any other persons proposed for insurance. Some information will come from you and some may come from other sources. That information and any other subsequent information collected by Aflac may in some circumstances be disclosed to third parties without your specific consent. You have the right to access and correct the information collected about you, except information that relates to a claim, or to a civil or criminal proceeding. If you wish to have a more detailed explanation of our information practices, please submit a written request to our worldwide headquarters. This notice applies only in Arizona, California, Connecticut, Georgia, Illinois, Maine, Massachusetts, Minnesota, Montana, Nevada, New Jersey, North Carolina, Ohio, Oregon, and Virginia.

---

I prefer to receive an electronic copy of my policy instead of a paper copy.   ☐ Yes   **X** No
If yes, please enter your email address on Page 1.

The policy provides limited benefits. Review your policy carefully.

Signed and Dated at   **NORTH CHARLESTON, SC**   on   **10/28/2016**
                     City and State                              Date

Proposed Insured's Signature _[signature]_

I certify that I personally saw the Proposed Insured when the application was written, and each question was asked of the Proposed Insured and answered as recorded. All answers above are correct to the best of my knowledge.

ELECTRONICALLY SIGNED BY UR821
AMANDA HARVEY ON UNIT AMDJ

Associate's/Agent's Signature _____   Date   **10/28/2016**
                              Licensed Associate/Agent

**MAKE CHECK OR MONEY ORDER PAYABLE TO AFLAC.
FOR INFORMATION, CALL TOLL-FREE 1.800.99.AFLAC (1.800.992.3522).
VISIT OUR WEBSITE AT AFLAC.COM.**

(Page 5 of 6)

## IMPORTANT NOTICE TO PERSONS ON MEDICARE
## THIS IS NOT MEDICARE SUPPLEMENT INSURANCE

**Some health care services paid for by Medicare may also trigger the payment of benefits from this policy.**

This insurance provides limited benefits if you meet the conditions listed in the policy. It does not pay your Medicare deductibles or coinsurance and is not a substitute for Medicare Supplement insurance.

**Medicare generally pays for most or all of these expenses.**

**Medicare pays extensive benefits for medically necessary services regardless of the reason you need them. These include:**

* hospitalization
* physician services
* hospice
* outpatient prescription drugs if you are enrolled in Medicare Part D
* other approved items and services

**This policy must pay benefits without regard to other health benefit coverage to which you may be entitled under Medicare or other insurance.**

### Before You Buy This Insurance

* Check the coverage in **all** health insurance policies you already have.
* For more information about Medicare and Medicare Supplement insurance, review the *Guide to Health Insurance for People with Medicare*, available from the insurance company.
* For help in understanding your health insurance, contact your state insurance department or state health insurance assistance program (SHIP).

(Page 6 of 6)

© 2014 Aflac All Rights Reserved