**EXHIBIT 3**

# State of South Carolina



Charleston County
101 Meeting Street, Suite 400
Charleston, SC 29401
Phone (843) 958-1900
Fax (843) 958-1905

Berkeley County
300-B California Avenue
Moncks Corner, SC 29461
Phone (843) 723-3800 ext. 4529
Fax (843) 719-4588

## SCARLETT A. WILSON
### Solicitor, Ninth Judicial Circuit

| | | | |
|---|---|---|---|
| Agency: | North Charleston PD | Case Number: | 2024032307 |
| Incident Type: | Murder Poss. Weapon During Commission of Violent Crime | Incident Date: | 12/18/2024 |
| Incident Address: | 7630 Southrail Road | | |
| Officer(s) / Deputy(s) involved: | Det. Shaffer | | |
| Defendant #1: | Charles Gordon Perry IV ☐ (Habitual/Serious Offender) | Victim #1: | David Reis Perry |
| Defendant #2: | ☐ (Habitual/Serious Offender) | Victim #2: | |
| Defendant #3: | ☐ (Habitual/Serious Offender) | Victim #3: | |

## Case File Checklist

☒ Prosecutive Summary
☒ Incident Report (1 copy)
☒ Supplemental Reports
☒ Crime Scene Report
☒ Investigator Reports
☒ Detective Supplement Reports

☒ Arrest Warrants (1 copy)
☒ Affidavits (3 copies)

☐ Citations (Yel/Grn) or Elect. Trial Copy
☐ Proof of prior convictions (if used)

☒ Booking Reports (2 copies)
☒ Victim Sheets (2 copies)
☒ Defendant Criminal History (NCIC)

☒ Search Warrant(s)
☐ Return(s)

☐ Evidence List / Sheets
☒ Chain of Custody

☒ Photographs: crime scene, etc
Crime Scene Response    Yes ☒ or No ☐
  • ☒ Crime Scene Photos

In-Car Video                Yes ☒ or No ☐
Unit Numbers: multiple
Body Camera Video        Yes ☒ or No ☐
Officers: multiple

☒ 911 / CAD / Radio Transmissions

☐ Photo Line-up(s): _____
☒ Surveillance Video(s):  Several

☒ Defendant Statement(s)
  • ☐ Written  ☒ Recorded
  • ☒ Advisement of Rights / Miranda Card
☐ Victim Statement(s)
  • ☐ Written  ☐ Recorded
  • ☐ Advisement of Rights (if needed)
☒ Witness Statement(s)
  • ☐ Written  ☒ Recorded
  • ☐ Advisement of Rights (if needed)

Cell Phones Seized        Yes ☒ or No ☐
  • ☒ Cell Phone Dumps
  • ☐ Cell Phone Records

The SC Supreme Court now requires all law enforcement agencies provide copies of General Sessions case reports, witness statements, video and audio recordings, photographs and diagrams, and any other material included in the law enforcement case file, to the Solicitor's Office within 30 days after arrest. It is the responsibility of the arresting officer to ensure the Solicitor's Office receives a copy of the entire case file – to include all digitally recorded body camera and in-car camera videos.

| Detective C. Shaffer          #170 | Detective Sgt. Pardue  #64 |
|---|---|
| Officer Name / Printed | Approving Supervisor / Printed |
| [signature]                    12-30-2024 | [signature]             12-30-2024 |
| Officer Name / Signature        Date | Approving Supervisor        Date |

# NORTH CHARLESTON POLICE DEPARTMENT PROSECUTIVE SUMMARY REPORT

| DATE OF REPORT: | 12/18/2024 | CASE NUMBER: | 2024032307 |
|---|---|---|---|
| DATE/TIME INCIDENT: | 12/18/2024 1800 | LOCATION INCIDENT: | 7630 SOUTHRAIL ROAD |
| DATE/TIME ARREST: | 12/19/2024 0600 | LOCATION ARREST: | 3681 LEEDS AVE |

## DEFENDANT INFORMATION

| DEF | LAST | FIRST | MID | DOB | AGE | SSN | STATEMENT |
|---|---|---|---|---|---|---|---|
| #1 | PERRY | CHARLES IV | GORDON | ▮1970 | 54 | ▮-0670 | Y |

| DEF | DEFENDANT(S) CHARGES | WARRANT/SUMMONS |
|---|---|---|
| #1 | MURDER, PWDVC | 2024A1010207555,7554 |

## VICTIM INFORMATION

| VIC | NAME | ADDRESS | PHONE | DOB |
|---|---|---|---|---|
| #1 | DAVID REIS PERRY | 23 CHARING CROSS ROAD | N/A | ▮1973 |

## WHAT IS DEFENDANT(S) ACCUSED OF DOING

Facts to establish the aforesaid are that Officers responded to the above listed address for a report of two missing persons. The Defendant and Victim, who are brothers, were reported missing through the Charleston City Police Department under suspicious circumstances. The brothers were co-owners of the business. The Defendant was located at the business and spoke with Officers. During the conversation an Officer noticed what appeared to be blood on his shoes. City of Charleston Detectives transported the Defendant to their Detective Bay for further investigation. Once there they noticed a red stain on the Defendants clothing. City of Charleston Detectives tested the red stains which field tested presumptive positive for blood.

Next, Charleston City Detectives responded to Southrail Road to execute a search warrant on the business for their missing person case. The Victim was located inside of a warehouse, deceased. His body had evidence of blunt force trauma and a gunshot wound. The scene was then turned over to North Charleston Detectives.

North Charleston Detectives then issued a search warrant for the above listed address and were able to locate a box with a 22-caliber shell casing as well as bloody clothes. A 22-caliber pistol was also located inside of the business.

| WITNESS #1 | | | |
|---|---|---|---|
| LAST NAME | FIRST | MIDDLE | PHONE NUMBER |
| SHAFFER | C | | (843) 740-2575 |
| **ADDRESS** | | | |
| 2500 CITY HALL LANE | | | |
| **WHAT CAN WITNESS TESTIFY TO:** | | | |
| ARRESTING OFFICER/CASE AGENT | | | |
| STATEMENT TAKEN: YES ( ) NO  (X) | | | |

| SUBMITTING OFFICER: | DET. SHAFFER #170 |
|---|---|
| DIVISION REVIEWING OFFICER: | SGT. PARDUE  #64 |

| NORTH CHARLESTON POLICE SC0100800 | INCIDENT REPORT | INFORMATION ONLY ☐ | CASE NUMBER 2024032307 | NCIC INQ. No  ENTD. No |
|---|---|---|---|---|

| INCIDENT TYPE | COMPLETED | FORCED ENTRY | PREMISE TYPE | UNITS ENTERED | TYPE VICTIM |
|---|---|---|---|---|---|
| 1. SCIBRS: Assault / AGGRAVATED ASSAULT | ☑YES ☐NO | ☐YES ☑NO | COMMERCIAL/OFFICE BUILDING | | ☑ Individual ☐ Business ☐ Financial Inst ☐ Government ☐ Relig. Orgn. ☐ Soc./Public ☐ Other ☐ Unknown ☐ Police Off. |
| 2. | ☐YES ☐NO | ☐YES ☐NO | | | |
| 3. | ☐YES ☐NO | ☐YES ☐NO | | | |

**EVENT**

INCIDENT LOCATION (SUBDIVISION, APARTMENT AND NUMBER, STREET NAME AND NUMBER)
7630 Southrail Rd, NORTH CHARLESTON, SC

ZIP CODE 29420     WEAPON TYPE HANDGUN

| INCIDENT DATE 12/18/2024 | 24 HR. CLOCK 21:23 | TO | DATE 12/18/2024 | 24 HR. CLOCK 16:30 | DISP. DATE 12/18/2024 | DISPATCH DATE/24 HR. CLOCK DISP. TIME 21:26 | TIME ARRIVED 21:36 | DEPART. TIME 04:42 | LOCATION NO. 008 |
|---|---|---|---|---|---|---|---|---|---|

**VICTIM**

| COMPLAINANT'S NAME (LAST, FIRST, MIDDLE) | RELATIONSHIP TO SUBJECT #1 #2 #3 | RESIDENT S | RACE W | SEX F | AGE 56 | / | ETH N | DAYTIME PHONE ☑H ☐E | EVENING PHONE ☐H ☐E |
|---|---|---|---|---|---|---|---|---|---|

| ADDRESS | CITY | STATE | ZIP CODE | LOCATION NO. |
|---|---|---|---|---|

| VICTIM'S NAME (LAST, FIRST, MIDDLE) PERRY, DAVID, REIS | RELATIONSHIP TO SUBJECT #1 SB #2 #3 | RESIDENT S | RACE W | SEX M | AGE 51 | / | ETH N | DAYTIME PHONE ☐H ☐E | EVENING PHONE ☐H ☐E |
|---|---|---|---|---|---|---|---|---|---|

| HEIGHT 600 | WEIGHT 215 | HAIR BRO | EYES HAZ | FACIAL HAIR, SCARS, TATTOOS, GLASSES, CLOTHING, PHYSICAL PECULIARITIES, ETC. |
|---|---|---|---|---|

| ADDRESS 7012 COUNTY LINE RD. | CITY RAVENEL | STATE SC | ZIP CODE 29470- | LOCATION NO. |
|---|---|---|---|---|

| VISIBLE INJURY (VC1.1) ☐ YES NO ☐ EXPLAIN- | Other | COMPLAINT OF ANY NON-VISIBLE INJURIES: ☐ YES NO ☐ |
|---|---|---|

| VICTIM(NO.1) USING: ALCOHOL | ☐ YES NO ☑ UNK. | DRUGS: ☐ YES NO ☑ UNK. | TYPE: |
|---|---|---|---|

| TWO-MAN VEH ☐ | ONE-MAN VEH ☐ | DETECTIVES/PLASMT. ☐ | OTHER ☐ | ALONE ☐ | ASSISTED ☐ | *J-This Jurisdiction. S-State. O-Out of State. U-Unknown. |
|---|---|---|---|---|---|---|

**SUBJECT**

| ☑ SUSPECT | NAME (LAST, FIRST, MIDDLE) PERRY, CHARLES, GORDON | RACE W | SEX M | AGE 54 | / | ETH N | DATE OF BIRTH /1970 | HEIGHT 603 | WEIGHT 225 | HAIR | EYES GRN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ RUNAWAY | FACIAL HAIR, SCARS, TATTOOS, GLASSES, CLOTHING, PHYSICAL PECULIARITIES, ETC. WHITE T-SHIRT / BLACK LONG SLEEVE SHIRT, DARK BLUE JEANS, LIGHT SHOES | | | | | RELATED OFFENSE(S) 13A | | DAYTIME PHONE ☑H ☐E | | EVENING PHONE ☑H ☐E |
| ☐ WANTED | | | | | | | | | | |
| ☐ WARRANT | | | | | | | | | | |
| ☐ ARREST | ADDRESS 140 GABRIEL LN | CITY SUMMERVILLE | STATE SC | ZIP CODE 29483 | LOCATION NO. |
| ☐ JAIL | SUBJECT(NO.1) USING: ALCOHOL ☐ YES NO ☐ UNK. ☐ | ARRESTED NEAR OFFENSE SCENE ☐ YES NO ☐ | DATE/TIME OF OFFENSE 12/18/2024 9:23:00 PM | DATE/TIME OF ARREST |
| ☐ SUMMONS | DRUGS ☐ YES NO ☐ UNK ☐ TYPE | TOTAL #/ARRESTED | | |

| DAY OF THE WEEK S M T W T F S UNK | HOW REPORTED ☐ | A= OFFICER DISPATCHED ON CALL  B= REPORT TAKEN BY PHONE  C= COMPLAINANT WALKED IN | D= COMPLAINT WRITTEN IN  E= OFFICER INITIATED  F= OTHER | DIFF. FACTOR ☐ | A= RESISTANCE/HOSTILITY  B= WEAPONS  C= UNFOUNDED CALLS  D= MENTAL SUBJECT | E= COMPLAINANT FRE-QUENTLY INTOXICATED  F= DOMESTIC  N= NORMAL |
|---|---|---|---|---|---|---|

**NARRATIVE**

On December 18, 2024, at approximately 2030 hours Pfc. Windhorst was dispatched to the incident location for a missing person. Once on scene Pfc. Windhorst met with the complainant as well as other who is one of the managers of the business. Pfc. Windhorst as well as the complainant and other attempted to open one of the doors to the first office/warehouse building to see if there was a medical emergency and while trying to obtain access via the key fob the suspect came from around the corner of the building. When Pfc. Windhorst was pulling on scene, he did observe a male fitting the build of the suspect come from another building about 2 warehouses down the road and cross over.
Due to the suspect coming from around the building and fitting the build of the male that was down the road crossing the street Pfc. Windhorst went and searched the area upon the initial search Pfc. Windhorst observed a black in color book bag as well as a black

| | JURISDICTION OF THEFT LAW ENFORCEMENT AGENCY | JURISDICTION OF RECOVERY LAW ENFORCEMENT AGENCY |
|---|---|---|

**PROPERTY/LOST**

| TYPE (GROUP) | | | TOTAL VALUE |
|---|---|---|---|
| STOLEN | | | |
| DAMAGED | | | |
| BURNED | | | |
| RECOVERED | | | |
| SEIZED | | | |

**ADMINISTRATIVE**

| SUBJECT IDENTIFIED ☑ YES NO ☐ | SUBJECT LOCATED ☑ YES NO ☐ | S.F. ☐ | ☑ ACTIVE ☐ UNFOUNDED | ☐ ADM. CLOSED | ☐ ARRESTED UNDER 18 ☐ ARRESTED 18 AND OVER | ☐ EX-CLEAR UNDER 18 ☑ EX-CLEAR 18 AND OVER |
|---|---|---|---|---|---|---|

| REASON FOR EXCEPTIONAL CLEARANCE | 1 ☐ OFFENDER DEATH | 2 ☐ NO PROSECUTION PROSECUTION | 3 ☐ EXTRADITION DENIED DENIED. | 4 ☐ VICTIM DECLINES COOPERATION | 5 ☐ JUVENILE NO CUSTODY. |
|---|---|---|---|---|---|

| REPORTING OFFICER(S) Windhorst, Anthony C. 208 | DATE 12/18/2024 9:23:00 PM | UNIT NUMBER 208 | APPROVING OFFICER | DATE | UNIT NUMBER |
|---|---|---|---|---|---|

| | | | FOLLOWUP INVESTIGATION ☐ YES NO ☑ | OFFICER |
|---|---|---|---|---|

## ADDITIONAL NARRATIVE

| Agency Name:<br>NORTH CHARLESTON POLICE DEPARTMENT | ORI #:<br>SC0100600 | Report Date/Time:<br>12/18/2024    21:23 | OCA #:<br>2024032307 |
|---|---|---|---|

Jacket. Pfc. Windhorst took photos of the bag as well as the jacket and recovered them. Pfc. Windhorst searched the bag and observed a black in color handgun with a snakeskin like design grip. The firearm was a Sig Sauer P290RS bearing serial number 26C027407. Pfc. Windhorst ran the firearm through dispatch, and it came back clear. Pfc. Windhorst searched the area and didn't notice anything else. Pfc. Windhorst secured the firearm and the items and brought them back to his patrol car at the incident location.

Pfc. Windhorst spoke with other and asked if she ever heard of the name that was on the bag and she stated yes that's a company we do business with. Pfc. Windhorst then went inside and went to review video footage and observed that there is about 2 hours that are missing from the business CCTV system. Pfc. Windhorst then went and asked the suspect to provide his ID since he was the last one with the victim and he stated that it was in his truck. Pfc. Windhorst went with the suspect outside and then Pfc. Windhorst retrieved the bookbag and jacket from his patrol car and then asked the suspect if the jacket looked familiar and he stated yes that looks like my jacket. Pfc. Windhorst then asked him about the bookbag and he stated yes that's a bookbag that we usually have in the office and the guys would grab it to throw a computer in and other tools needed for a job. Pfc. Windhorst continued small talk and asked about firearms and if he carried. The suspect stated that he has a gun and stated the exact gun that Pfc. Windhorst located in the bookbag down the street.

Pfc. Windhorst then asked the suspect if the handgun looked familiar and he stated that's mine. I haven't seen it in 2 days due to removing it from a vehicle that was going in for service and he didn't want to leave it in there. The suspect then stated I wonder if my other firearm is in the truck and Pfc. Windhorst and the suspect went to his truck and confirmed his other firearm was in the center console. Pfc. Windhorst then observed red spots on the suspects shoes as well as his pants which looked to be blood. Pfc. Windhorst advised Charleston City detectives who originally had the report for the victim as missing and they sent a detective out to the incident location. While Pfc. Windhorst advised the Charleston City detectives and other officers arrived on scene the garage door was opened remotely, and the victim was found laying on the ground in blood with his face covered up. NCPD detectives were notified as well as crimes scene. Pfc. Windhorst stayed with the scene until it was taken over by detectives and crime scene. During the whole investigation Pfc. Windhorst manually placed his body worn camera in the ON position. At one point Pfc. Windhorst body worn camera went dead and was able to obtain a spare battery to finish recording, nothing further.

AGENCY :                NORTH CHARLESTON
ORI # :                 SC0100800
Report Date/Time :  12/18/2024      21:23
Incident # :            2024032307

**INCIDENT REPORT**
**ADDITIONAL OTHERS**

| PERSON TYPE Other | NAME (LAST, FIRST, MIDDLE) | | RELATIONSHIP SUBJECT #1  #2  #3 | | RESIDENT S | RACE W | SEX F | AGE 49 / | D.O.B. 1975 | ETH N |
|---|---|---|---|---|---|---|---|---|---|---|
| | HEIGHT 502 | WEIGHT 107 | HAIR BLK | EYES UNK | FACIAL HAIR, SCARS, TATTOOS, GLASSES, CLOTHING, PHYSICAL PECUALIARITIES, ETC. | | | RELATED OFFENSE(S) | | |
| | ADDRESS | | | CITY | | STATE | ZIP CODE | LOCATION NO. | DAYTIME PHONE ☑H ☐B | EVENING PHONE ☐H ☐B |
| VISIBLE INJURY ☐ YES  NO ☐   EXPLAIN | | | | | | | COMPLAINT OF ANY NON-VISIBLE INJURES ☐ YES  NO ☐ | | | |
| USING: ALCOHOL ☐ YES  NO ☐   UNK. ☐   DRUGS: ☐ YES  NO ☐   UNK. ☐   TYPE: | | | | | | | | | | |

| PERSON TYPE | NAME (LAST, FIRST, MIDDLE) | | RELATIONSHIP SUBJECT #1  #2  #3 | | RESIDENT | RACE | SEX | AGE | D.O.B. | ETH |
|---|---|---|---|---|---|---|---|---|---|---|
| | HEIGHT | WEIGHT | HAIR | EYES | FACIAL HAIR, SCARS, TATTOOS, GLASSES, CLOTHING, PHYSICAL PECUALIARITIES, ETC. | | | RELATED OFFENSE(S) | | |
| | ADDRESS | | | CITY | | STATE | ZIP CODE | LOCATION NO. | DAYTIME PHONE ☐H ☐B | EVENING PHONE ☐H ☐B |
| VISIBLE INJURY ☐ YES  NO ☐   EXPLAIN | | | | | | | COMPLAINT OF ANY NON-VISIBLE INJURES ☐ YES  NO ☐ | | | |
| USING: ALCOHOL ☐ YES  NO ☐   UNK. ☐   DRUGS: ☐ YES  NO ☐   UNK. ☐   TYPE: | | | | | | | | | | |

| PERSON TYPE | NAME (LAST, FIRST, MIDDLE) | | RELATIONSHIP SUBJECT #1  #2  #3 | | RESIDENT | RACE | SEX | AGE | D.O.B. | ETH |
|---|---|---|---|---|---|---|---|---|---|---|
| | HEIGHT | WEIGHT | HAIR | EYES | FACIAL HAIR, SCARS, TATTOOS, GLASSES, CLOTHING, PHYSICAL PECUALIARITIES, ETC. | | | RELATED OFFENSE(S) | | |
| | ADDRESS | | | CITY | | STATE | ZIP CODE | LOCATION NO. | DAYTIME PHONE ☐H ☐B | EVENING PHONE ☐H ☐B |
| VISIBLE INJURY ☐ YES  NO ☐   EXPLAIN | | | | | | | COMPLAINT OF ANY NON-VISIBLE INJURES ☐ YES  NO ☐ | | | |
| USING: ALCOHOL ☐ YES  NO ☐   UNK. ☐   DRUGS: ☐ YES  NO ☐   UNK. ☐   TYPE: | | | | | | | | | | |

| PERSON TYPE | NAME (LAST, FIRST, MIDDLE) | | RELATIONSHIP SUBJECT #1  #2  #3 | | RESIDENT | RACE | SEX | AGE / | D.O.B. | ETH |
|---|---|---|---|---|---|---|---|---|---|---|
| | HEIGHT | WEIGHT | HAIR | EYES | FACIAL HAIR, SCARS, TATTOOS, GLASSES, CLOTHING, PHYSICAL PECUALIARITIES, ETC. | | | RELATED OFFENSE(S) | | |
| | ADDRESS | | | CITY | | STATE | ZIP CODE | LOCATION NO. | DAYTIME PHONE ☐H ☐B | EVENING PHONE ☐H ☐B |
| VISIBLE INJURY ☐ YES  NO ☐   EXPLAIN | | | | | | | COMPLAINT OF ANY NON-VISIBLE INJURES ☐ YES  NO ☐ | | | |
| USING: ALCOHOL ☐ YES  NO ☐   UNK. ☐   DRUGS: ☐ YES  NO ☐   UNK. ☐   TYPE: | | | | | | | | | | |

| PERSON TYPE | NAME (LAST, FIRST, MIDDLE) | | RELATIONSHIP SUBJECT #1  #2  #3 | | RESIDENT | RACE | SEX | AGE / | D.O.B. | ETH |
|---|---|---|---|---|---|---|---|---|---|---|
| | HEIGHT | WEIGHT | HAIR | EYES | FACIAL HAIR, SCARS, TATTOOS, GLASSES, CLOTHING, PHYSICAL PECUALIARITIES, ETC. | | | RELATED OFFENSE(S) | | |
| | ADDRESS | | | CITY | | STATE | ZIP CODE | LOCATION NO. | DAYTIME PHONE ☐H ☐B | EVENING PHONE ☐H ☐B |
| VISIBLE INJURY ☐ YES  NO ☐   EXPLAIN | | | | | | | COMPLAINT OF ANY NON-VISIBLE INJURES ☐ YES  NO ☐ | | | |
| USING: ALCOHOL ☐ YES  NO ☐   UNK. ☐   DRUGS: ☐ YES  NO ☐   UNK. ☐   TYPE: | | | | | | | | | | |

| PERSON TYPE | NAME (LAST, FIRST, MIDDLE) | | RELATIONSHIP SUBJECT #1  #2  #3 | | RESIDENT | RACE | SEX | AGE | D.O.B. | ETH |
|---|---|---|---|---|---|---|---|---|---|---|
| | HEIGHT | WEIGHT | HAIR | EYES | FACIAL HAIR, SCARS, TATTOOS, GLASSES, CLOTHING, PHYSICAL PECUALIARITIES, ETC. | | | RELATED OFFENSE(S) | | |
| | ADDRESS | | | CITY | | STATE | ZIP CODE | LOCATION NO. | DAYTIME PHONE ☐H ☐B | EVENING PHONE ☐H ☐B |
| VISIBLE INJURY ☐ YES  NO ☐   EXPLAIN | | | | | | | COMPLAINT OF ANY NON-VISIBLE INJURES ☐ YES  NO ☐ | | | |
| USING: ALCOHOL ☐ YES  NO ☐   UNK. ☐   DRUGS: ☐ YES  NO ☐   UNK. ☐   TYPE: | | | | | | | | | | |

# ADDITIONAL NARRATIVE

| Agency Name: NORTH CHARLESTON POLICE DEPARTMENT | ORI #: SC0100900 | Report Date/Time: 12/18/2024 | 21:23 | OCA #: 2024032307 |
|---|---|---|---|---|

Additional Agency Information

Start: IncidentEvent Id: 86b84675-2a4b-c4d4-681a-08dd201c4b48
   SubjID: true
   SubjLOC: true
End: IncidentEvent Id: 86b84675-2a4b-c4d4-681a-08dd201c4b48
Start: IncidentOfficer Id: ef5c88bd-34f9-c88e-22b9-08dd201c4c26
   NCPD_BWC: {"code":"Y","description":"Yes"}
   NCPD_CarCamera: {"code":"Y","description":"Yes"}
End: IncidentOfficer Id: ef5c88bd-34f9-c88e-22b9-08dd201c4c26

## ADDITIONAL NARRATIVE

| Agency Name:<br>NORTH CHARLESTON POLICE DEPARTMENT | DRI #:<br>SC0100800 | Report Date/Time:<br>12/18/2024      21:23 | OCA #:<br>2024032307 |
| --- | --- | --- | --- |

suspect transport

12-19-2024 around 0730 hours, reporting officer met with NCPD Detective VanTine at 180 Lockwood Blvd (Charleston City Police Headquarters) and received into custody one suspect Perry, Charles Gordon w/m ███ 970. He was restrained with waist chains that were double-locked and checked for tightness. He was transported without incident to the Charleston county jail and lodged on the charges of murder and posession of a wapon during a violent crime. Bond court pending.

The event was caputered on BWC and ICC.

At no time did this officer ask questions of the suspect nor did he say anything.