**EXHIBIT 4**

## ARREST WARRANT

**2024A1010207554**

**STATE OF SOUTH CAROLINA**
[X] County/ [ ] Municipality of
Charleston

### THE STATE
against
Charles Gordon Perry, IV

Address: 140 Gabriel Ln
Summerville, 29483-9450

Phone: _____ SSN: ###-##-0670
Sex: M  Race: W  Height: 6'3  Weight: 220
DL State: SC  DL #: 00869.4064
DOB: ##/##/1970  Agency ORI #: S 01##0800
Prosecuting Agency: North Charleston Police Department
Prosecuting Officer: Corey W Shaffer - S00236
Offense: Murder / Murder

Offense Code: 0116
Code/Ordinance Sec: 16-03-0010

This warrant is CERTIFIED FOR SERVICE in the
[ ] County/ [ ] Municipality of _____

The accused is to be arrested and brought before me to be dealt with according to the law.

_____ (L.S.)
Signature of Judge
Date: _____

### RETURN
A copy of this arrest warrant was delivered to defendant _____ on _____

_____
Signature of Constable/Law Enforcement Officer

**RETURN WARRANT TO:**
General Sessions
Charleston County Judicial Center
100 Broad Street, Suite 106
Charleston, S 29401

ORIGINAL    ORIGINAL

---

### AFFIDAVIT

**STATE OF SOUTH CAROLINA**
[X] County/ [ ] Municipality of
Charleston

Personally appeared before me the affiant Corey W Shaffer for Pierce being duly sworn deposes and says that defendant Charles Gordon Perry, IV did within this county and state on or about 12/18/2024 violate the criminal laws of the State of South Carolina (or ordinance of [X] County/ [ ] Municipality of Charleston ) in the following particulars:

**DESCRIPTION OF OFFENSE:** Murder / Murder

I further state that there is probable cause to believe that the defendant named above did commit the crime set forth and that probable cause is based on the following facts:

_____
Signature of Affiant

**STATE OF SOUTH CAROLINA**
[X] County/ [ ] Municipality of
Charleston

Affiant's Address: 2500 City Hall Lane
North Charleston, S 29406-
Affiant's Telephone: _____

### ARREST WARRANT

**TO ANY LAW ENFORCEMENT OFFICER OF THIS STATE OR MUNICIPALITY OR ANY CONSTABLE OF THIS COUNTY:**

It appearing from the above affidavit that there are reasonable grounds to believe that on or about 12/18/2024 defendant Charles Gordon Perry, IV did violate the criminal laws of the State of South Carolina (or ordinance of [X] County/ [ ] Municipality of Charleston ) as set forth below:

**DESCRIPTION OF OFFENSE:** Murder / Murder

Having found probable cause and the above affiant having sworn before me, you are empowered and directed to arrest the said defendant and bring him or her before me forthwith to be dealt with according to law. A copy of this Arrest Warrant shall be delivered to the defendant at the time of its execution, or as soon thereafter as is practicable.

Sworn to and subscribed before me on 12/20/2024

_____ (L.S.)
Signature of Judge
Amanda Haselden
Judge Code: 7412

Judge's Address: 3831 Leeds Avenue, Suite 200
North Charleston, S 29405-
Judge's Telephone: (843)746-9822

Issuing Court: [X] Magistrate [ ] Municipal [ ] Circuit

ORIGINAL    ORIGINAL    ORIGINAL    ORIGINAL

EXHIBIT 1

**BAIL set by**

Judge _____

on _____

Type and Amount: _____

Name of Surety: _____

**PRELIMINARY HEARING held by**

Judge _____

on _____

Defendant Attorney: _____

Decision: _____

_____

**DISPOSITION before**

Judge _____

on _____

by _____
(indicate jury trial, bench trial, plea, nol. pros., etc.)

Disposition: _____

Sentence: _____

**JURORS**

_____  _____

_____  _____

_____  _____

**WITNESSES**

Name: _____
Address: _____
Telephone: _____

Name: _____
Address: _____
Telephone: _____

Name: _____
Address: _____
Telephone: _____

Name: _____
Address: _____
Telephone: _____

Name: _____
Address: _____
Telephone: _____

Name: _____
Address: _____
Telephone: _____

Name: _____
Address: _____
Telephone: _____

Name: _____
Address: _____
Telephone: _____

**CODEFENDANTS**

_____

_____

FILED
2024 DEC 30  AM 9:36
JULIE J. ARMSTRONG
CLERK OF COURT

| | |
|---|---|
| **STATE OF SOUTH CAROLINA** | **AFFIDAVIT** |
| **COUNTY OF CHARLESTON** | **OCA#  2024032307** |
| **CITY OF NORTH CHARLESTON** | **INV: C. Shaffer** |

Personally, appeared before me, a magistrate of this County, one _____ who, first being duly sworn, deposes and says that

### CHARLES GORDON PERRY

did within this County and State on the 18th day of December 2024 violate the criminal laws of the State of South Carolina in the following particulars:

### DESCRIPTION OF OFFENSE

### MURDER
### 16-3-10

**The affiant states there is probable cause to believe that the defendant named above did commit the crime(s) set forth, and that such probable cause is based on the following facts:**

That on December 18th, 2024, at approximately 5:20pm to 6:18pm, while at 7630 Southrail Road (Carolina Sound Systems), which is located in the City of North Charleston, County of Charleston, State of South Carolina, the Defendant, one **CHARLES GORDON PERRY**, did knowingly and unlawfully commit the offense of **MURDER** in violation of **16-3-10** of the South Carolina Code of Laws 1976 as amended. In that the defendant did with malice aforethought while armed with a firearm, shoot, and bludgeon the victim, David Reis Perry, which resulted in his death.

Facts to establish the aforesaid are that Officers responded to the above listed address for a report of two missing persons. The Defendant and Victim, who are brothers, were reported missing through the Charleston City Police Department under suspicious circumstances. The brothers were co-owners of the business. The Defendant was located at the business and spoke with Officers. During the conversation an Officer noticed what appeared to be blood on his shoes. City of Charleston Detectives transported the Defendant to their Detective Bay for further investigation. Once there they noticed a red stain on the Defendants clothing. City of Charleston Detectives tested the red stains which field tested presumptive positive for blood.

Next, Charleston City Detectives responded to Southrail Road to execute a search warrant on the business for their missing person case. The Victim was located inside of a warehouse, deceased. His body had evidence of blunt force trauma and a gunshot wound. The scene was then turned over to North Charleston Detectives.

North Charleston Detectives then issued a search warrant for the above listed address and were able to locate a box with a 22-caliber shell casing as well as bloody clothes. A 22-caliber pistol was also located inside of the business.

This information is based on the investigation of Detective Shaffer. All this is done against the law, peace and dignity of the City of North Charleston and the State of South Carolina.

Sworn to and Subscribed before me
This 20th day of December 2024

_____
**Signature of Judge:**

_____
**(AFFIANT)**
Address: 2500 City Hall Lane
North Charleston, S.C. 29406
Phone: 843-554-5700

ELECTRONICALLY FILED - 2025 Apr 29 3:35 PM - CHARLESTON - COMMON PLEAS - CASE#2025CP1002487

# ARREST WARRANT

**2024A1010207555**

**STATE OF SOUTH CAROLINA**
[X] County/ [ ] Municipality of
Charleston

## THE STATE
against

**Charles Gordon Perry, IV**

Address: 140 Gabriel Ln
Summerville, SC 29483-9450

Phone:
SSN: ███-0670
Sex: M   Race: W   Height: 6 3   Weight: 220
DL State: SC   DL #: 008694064
DOB: ██/██/1970   Agency ORI #: SC0100800
Prosecuting Agency: North Charleston Police Department
Prosecuting Officer: Corey W Shaffer - S00236
Offense: Weapons / Poss. weapon during violent crime, if not also sentenced to life without parole or death
Offense Code: 0549
Code/Ordinance Sec: 16-23-0490

This warrant is CERTIFIED FOR SERVICE in the
[ ] County/ [ ] Municipality of _____
The accused is to be arrested and brought before me to be dealt with according to the law.

_____ (L.S.)
Signature of Judge
Date:

### RETURN
A copy of this arrest warrant was delivered to defendant _____ on _____

_____
Signature of Constable/Law Enforcement Officer

**RETURN WARRANT TO:**
General Sessions
Charleston County Judicial Center
100 Broad Street, Suite 106
Charleston, SC 29401

ORIGINAL     ORIGINAL

---

## AFFIDAVIT

**STATE OF SOUTH CAROLINA**
[X] County/ [ ] Municipality of
Charleston

Personally appeared before me the affiant **Corey W Shaffer** being duly sworn deposes and says that defendant **Charles Gordon Perry, IV** did within this county and state on or about **12/18/2024** State of South Carolina (or ordinance of [X] County/ [ ] Municipality of **Charleston**) violate the criminal laws of the State in the following particulars:

DESCRIPTION OF OFFENSE: Weapons / Poss. weapon during violent crime, if not also sentenced to life without parole or death

I further state that there is probable cause to believe that the defendant named above did commit the crime set forth and that probable cause is based on the following facts:

_____
Signature of Affiant

**STATE OF SOUTH CAROLINA**
[X] County/ [ ] Municipality of
Charleston

Affiant's Address: 2500 City Hall Lane
North Charleston, SC 29406-
Affiant's Telephone:

### ARREST WARRANT

TO ANY LAW ENFORCEMENT OFFICER OF THIS STATE OR MUNICIPALITY OR ANY CONSTABLE OF THIS COUNTY:

It appearing from the above affidavit that there are reasonable grounds to believe that on or about **12/18/2024** defendant **Charles Gordon Perry, IV** did violate the criminal laws of the State of South Carolina (or ordinance of [X] County/ [ ] Municipality of **Charleston**) as set forth below:

DESCRIPTION OF OFFENSE: Weapons / Poss. weapon during violent crime, if not also sentenced to life without parole or death

Having found probable cause and the above affiant having sworn before me, you are empowered and directed to arrest the said defendant and bring him or her before me forthwith to be dealt with according to law. A copy of this Arrest Warrant shall be delivered to the defendant at the time of its execution, or as soon thereafter as is practicable.

Sworn to and subscribed before me on 12/20/2024

_____ (L.S.)
Signature of Issuing Judge
Amanda Haselden
Judge Code: 7412

Judge's Address: 3831 Leeds Avenue, Suite 200
North Charleston, SC 29405-
Judge's Telephone: (843)746-9822
Issuing Court: [X] Magistrate [ ] Municipal [ ] Circuit

ORIGINAL     ORIGINAL     ORIGINAL     ORIGINAL

ELECTRONICALLY FILED - 2025 Apr 29 3:35 PM - CHARLESTON - COMMON PLEAS - CASE#2025CP1002487

## BAIL set by

Judge _____

on _____

Type and Amount: _____

Name of Surety: _____

## PRELIMINARY HEARING held by

Judge _____

on _____

Defendant Attorney: _____

Decision: _____

## DISPOSITION before

Judge _____

on _____

by _____
(indicate jury trial, bench trial, plea, nol. pros., etc.)

Disposition: _____

Sentence: _____

## JURORS

_____    _____

_____    _____

## WITNESSES

Name: _____
Address: _____
Telephone: _____

Name: _____
Address: _____
Telephone: _____

Name: _____
Address: _____
Telephone: _____

Name: _____
Address: _____
Telephone: _____

Name: _____
Address: _____
Telephone: _____

Name: _____
Address: _____
Telephone: _____

Name: _____
Address: _____
Telephone: _____

Name: _____
Address: _____
Telephone: _____

## CODEFENDANTS

_____

_____

FILED
2024 DEC 30  AM 9:36
JULIE J. ARMSTRONG
CLERK OF COURT

ELECTRONICALLY FILED - 2025 Apr 29 3:35 PM - CHARLESTON - COMMON PLEAS - CASE#2025CP1002487

| | |
|---|---|
| **STATE OF SOUTH CAROLINA** | **AFFIDAVIT** |
| **COUNTY OF CHARLESTON** | **OCA# 2024032307** |
| **CITY OF NORTH CHARLESTON** | **INV: C. Shaffer** |

Personally, appeared before me, a magistrate of this County, one _Pierce_ who, first being duly sworn, deposes and says that

### CHARLES GORDON PERRY

did within this County and State on the 18th day of December 2024 violate the criminal laws of the State of South Carolina in the following particulars:

### DESCRIPTION OF OFFENSE

### POSSESSION OF A FIREARM DURING A COMMISSION OF A VIOLENT CRIME
### 16-23-490

**The affiant states there is probable cause to believe that the defendant named above did commit the crime(s) set forth, and that such probable cause is based on the following facts:**

That on December 18th, 2024, at approximately 5:20pm to 6:18pm, while at 7630 Southrail Road (Carolina Sound Systems), which is located in the City of North Charleston, County of Charleston, State of South Carolina, the Defendant, one **CHARLES GORDON PERRY**, did knowingly and unlawfully commit the offense of **POSSESSION OF A FIREARM DURING A COMMISSION OF A VIOLENT CRIME** in violation of 16-23-490 of the South Carolina Code of Laws 1976 as amended. In that the defendant did with malice aforethought while armed with a firearm, shoot, and bludgeon the victim, David Reis Perry, which resulted in his death.

Facts to establish the aforesaid are that Officers responded to the above listed address for a report of two missing persons. The Defendant and Victim, who are brothers, were reported missing through the Charleston City Police Department under suspicious circumstances. The brothers were co-owners of the business. The Defendant was located at the business and spoke with Officers. During the conversation an Officer noticed what appeared to be blood on his shoes. City of Charleston Detectives transported the Defendant to their Detective Bay for further investigation. Once there they noticed a red stain on the Defendants clothing. City of Charleston Detectives tested the red stains which field tested presumptive positive for blood.

Next, Charleston City Detectives responded to Southrail Road to execute a search warrant on the business for their missing person case. The Victim was located inside of a warehouse, deceased. His body had evidence of blunt force trauma and a gunshot wound. The scene was then turned over to North Charleston Detectives.

North Charleston Detectives then issued a search warrant for the above listed address and were able to locate a box with a 22-caliber shell casing as well as bloody clothes. A 22-caliber pistol was also located inside of the business.

This information is based on the investigation of Detective Shaffer. All this is done against the law, peace and dignity of the City of North Charleston and the State of South Carolina.

Sworn to and Subscribed before me
This _20th_ day of _December_ 2024

**Signature of Judge:**

**(AFFIANT)**
Address: 2500 City Hall Lane
North Charleston, S.C. 29406
Phone: 843-554-5700

ELECTRONICALLY FILED - 2025 Apr 29 3:35 PM - CHARLESTON - COMMON PLEAS - CASE#2025CP1002487