**EXHIBIT 5**

# STATE OF SOUTH CAROLINA

## DEATH CERTIFICATION

139-2024-056879
* DAVID REIS PERRY *
AKA: N/A

**DECEDENT INFORMATION**
- DATE OF DEATH: DECEMBER 18, 2024
- PLACE OF DEATH TYPE: OTHER (SPECIFY)
- PLACE OF DEATH NAME AND ADDRESS: BUSINESS 7630 SOUTHRAIL ROAD, NORTH CHARLESTON, SC, 29420
- CITY OF DEATH: NORTH CHARLESTON
- MARITAL STATUS: DIVORCED (AND NOT REMARRIED)
- SURVIVING SPOUSE: N/A
- MOTHER NAME: [redacted]
- FATHER NAME: [redacted]
- RESIDENCE: [redacted]

- TIME OF DEATH: Est 1656 to 1818
- SOCIAL SECURITY NUMBER: [redacted]-3139
- COUNTY OF DEATH: CHARLESTON
- DATE OF BIRTH: [redacted] 1973
- AGE: 51 YEARS
- PLACE OF BIRTH: NEW YORK
- SEX: MALE
- ARMED FORCES: NO

**INFORMANT INFORMATION**
- NAME: [redacted]
- MAILING ADDRESS: [redacted]
- RELATIONSHIP: DAUGHTER

**DISPOSITION/FUNERAL HOME INFORMATION**
- PLACE: MAGNOLIA CEMETERY, CHARLESTON, SC
- FUNERAL HOME: J. HENRY STUHR FUNERAL CHAPEL
- FUNERAL HOME ADDRESS: 232 CALHOUN ST. STREET, CHARLESTON, SC, 29401
- FUNERAL DIRECTOR NAME: TAYLOR NICOLE KNIGHT
- EMBALMER: LARRY SMITH
- METHOD: BURIAL
- LICENSE NUMBER: 4682
- LICENSE NUMBER: 3383

**MEDICAL INFORMATION**
- CERTIFIER: D. CORONER SARA TUUK
- ADDRESS: 4000 SALT POINTE PARKWAY, NORTH CHARLESTON, SC, 29405
- CAUSE OF DEATH - PART I:
  CARDIAC AND PULMONARY DISRUPTION
  SINGLE, PENETRATING GUNSHOT WOUND TO CHEST
- LICENSE NUMBER: NA
- MANNER OF DEATH: HOMICIDE

OTHER SIGNIFICANT CONDITIONS - PART II: BLUNT HEAD TRAUMA, NECK LIGATURE FURROW

- CORONER CONTACTED?: YES
- DATE OF INJURY: DECEMBER 18, 2024
- LOCATION OF INJURY: COMMERCIAL AREA
- PLACE OF INJURY: 7630 SOUTHRAIL ROAD, NORTH CHARLESTON, CHARLESTON COUNTY, SC, 29420
- HOW INJURY OCCURRED: SHOT BY ANOTHER
- AUTOPSY PERFORMED?: YES
- AUTOPSY AVAILABLE?: YES
- TIME OF INJURY: Est 1656 To 1818
- INJURY AT WORK?: NO

- DATE FILED: DECEMBER 30, 2024
- AMENDMENT HISTORY
  N/A
- DATE ISSUED: JANUARY 03, 2025

SC13232454

This is a true certification of the facts on file in the Division of Vital Records, SC Department of Public Health.

Edward D. Simmer, MD, MPH, DFAPA
Director and State Registrar

Caleb N. Cox
Assistant State Registrar

This is watermarked paper. Do not accept without noting watermark. Hold to light to verify watermark.
Revision Date: 08/09/2022

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# DEATH CERTIFICATION

139-2024-056879
★ DAVID REIS PERRY ★
AKA: N/A

**DECEDENT INFORMATION**
DATE OF DEATH: DECEMBER 18, 2024
PLACE OF DEATH TYPE: OTHER (SPECIFY)
PLACE OF DEATH NAME AND ADDRESS: BUSINESS 7830 SOUTHRAIL ROAD, NORTH CHARLESTON, SC, 29420
CITY OF DEATH: NORTH CHARLESTON
MARITAL STATUS: DIVORCED (AND NOT REMARRIED)
SURVIVING SPOUSE: N/A
MOTHER NAME:
FATHER NAME:
RESIDENCE:

TIME OF DEATH: Est 1656 to 1818
SOCIAL SECURITY NUMBER: -3139
COUNTY OF DEATH: CHARLESTON
DATE OF BIRTH: , 1973
AGE: 51 YEARS
PLACE OF BIRTH: NEW YORK
SEX: MALE
ARMED FORCES: NO

**INFORMANT INFORMATION**
NAME:
MAILING ADDRESS:

RELATIONSHIP: DAUGHTER

**DISPOSITION/FUNERAL HOME INFORMATION**
PLACE: MAGNOLIA CEMETERY, CHARLESTON, SC
FUNERAL HOME: J. HENRY STUHR FUNERAL CHAPEL
FUNERAL HOME ADDRESS: 232 CALHOUN ST. STREET, CHARLESTON, SC, 29401
FUNERAL DIRECTOR NAME: TAYLOR NICOLE KNIGHT
EMBALMER: LARRY SMITH

METHOD: BURIAL

LICENSE NUMBER: 4682
LICENSE NUMBER: 3383

**MEDICAL INFORMATION**
CERTIFIER: D. CORONER SARA TUUK
ADDRESS: 4000 SALT POINTE PARKWAY, NORTH CHARLESTON, SC, 29405
CAUSE OF DEATH - PART I:
CARDIAC AND PULMONARY DISRUPTION
SINGLE, PENETRATING GUNSHOT WOUND TO CHEST

LICENSE NUMBER: NA

MANNER OF DEATH: HOMICIDE

OTHER SIGNIFICANT CONDITIONS - PART II: BLUNT HEAD TRAUMA, NECK LIGATURE FURROW

CORONER CONTACTED?: YES
DATE OF INJURY: DECEMBER 18, 2024
LOCATION OF INJURY: COMMERCIAL AREA
PLACE OF INJURY: 7830 SOUTHRAIL ROAD, NORTH CHARLESTON, CHARLESTON COUNTY, SC, 29420
HOW INJURY OCCURRED: SHOT BY ANOTHER

AUTOPSY PERFORMED?: YES
AUTOPSY AVAILABLE?: YES
TIME OF INJURY: Est 1656 To 1818
INJURY AT WORK?: NO

DATE FILED: DECEMBER 30, 2024
AMENDMENT HISTORY
N/A

DATE ISSUED: JANUARY 03, 2025

SC13232454

This is a true certification of the facts on file in the Division of Vital Records, SC Department of Public Health.

Edward D. Simmer, MD, MPH, DFAPA
Director and State Registrar

Caleb N. Cox
Assistant State Registrar

This is watermarked paper. Do not accept without noting watermark. Hold to light to verify watermark.
Revision Date: 08/05/2022



# Aflac.
## PROOF OF DEATH - BENEFICIARY'S STATEMENT

Thank you for trusting Aflac with your Life Insurance needs.

To prevent delays, please provide documentation from your healthcare provider to support this claim. If you have additional bills or medical documentation that relates to this diagnosis other than the documentation defined, please submit them for review of additional benefits.

➢ Service related items can be obtained directly from the patient's healthcare provider(s) by requesting a UB04 hospital bill or HCFA 1500 non-hospital bill.
➢ Failure to complete all sections may result in a delay in processing this claim.
➢ Disclaimer: Some of the services listed may not be covered by your policy.

**\*Policy Number:** P 4 0 1 4 0 8 2

**\*Policyholder's SSN:** (redacted) 3 1 3 9
This information is required for all interest payments.

## Policyholder Information: This * denotes a required field.

**\*Last Name:** PERRY
**Suffix:**
**\*First Name:** DAVID
**MI:** R

## Information on Deceased:

**\*Last Name:** PERRY
**Suffix:**
**\*First Name:** DAVID
**MI:** R

**\*Date of Birth (mm/dd/yy):** (redacted) 7 3
**\*Social Security Number:** (redacted) 3 1 3 9
**\*Maiden Name/Nickname/Alias:**

**\*Home Address:** 23 CHARING CROSS ROAD
**\*City:** CHARLESTON
**\*State:** SC
**\*Zip Code:** 29407-

**\*Sex:** [X] Male  [ ] Female
**\*Relationship to policyholder:** [X] Policyholder  [ ] Spouse  [ ] Dependent Child  [ ] Other _____

### Proof of Death Checklist

To file a claim under Aflac's Life Insurance Policy, please complete the following information and send us:

➢ Proof of Death - Physician's Statement- If this is a life policy less than two years old, this statement should be completed by the regular doctor of the deceased, not necessarily the doctor who attended the deceased at death.
➢ Authorization to Obtain Information- This form should be completed by the deceased's next of kin.
➢ Certified Death Certificate

Under the following circumstances, please send the additional items listed:

➢ If a minor is the beneficiary - A copy of the court order appointment of the legal guardian of the property and/or estate of any minor child. (Please note: custody does not qualify as guardianship.)
➢ If the beneficiary has died prior to the death of insured- A copy of the certified death certificate of the beneficiary.
➢ If the deceased was a dependent child over the age of 19, proof of full time student status may be required.

- Date of death: 12 / 18 / 2024
- Place of death: 7630 SOUTHRAIL ROAD   NORTH CHARLESTON, SC  29420
- Cause of death: HOMICIDE

American Family Life Assurance Company of Columbus (Aflac)
ATTN: Claims Department - 1932 Wynnton Road - Columbus, GA 31999
For information or to check claim status, visit aflac.com or call 1-800-99-AFLAC (1-800-992-3522)
Claims may be faxed to 1-877-44-AFLAC (1-877-442-3522)

HC0014                                Page 1 of 2                                02/14

**\*Policy Number:** P 4 0 1 4 0 8 2      **\*Policyholder's SSN:** ▓▓▓▓▓ 3 1 3 9
This information is required for all interest payments.

**Policyholder Information:**

| *Last Name | Suffix | *First Name | MI |
|---|---|---|---|
| P E R R Y | | D A V I D | R |

**Information on Deceased:**

| *Last Name | Suffix | *First Name | MI |
|---|---|---|---|
| P E R R Y | | D A V I D | R |

- If death was due to an injury, please send a copy of the police report, toxicology/BAC report and answer the following questions.

    - Date of the injury: ___/___/___

    - Details of the injury: _____

- If death was due to a sickness, please answer the following questions.

    - When did the deceased first experience symptoms? ___/___/___

    - When did the deceased first consult a physician for this illness? ___/___/___

- Please provide the name and addresses of all physicians who attended deceased within three years prior to death:

| Name | Address | Dates of Treatment | Disease or Condition |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime, and subjects such person to criminal and civil penalties.

*[signature]*
**Beneficiary's Signature\***
*\*Guardian's Signature if beneficiary is a minor.*

▓▓▓▓/69
**Beneficiary's Date of Birth**

10975 SW 69th Ave
**Beneficiary's Mailing Address**

*[signature]*
**Witness' Signature**

Gregory Saphier,
Special Administrator to Estate
**Beneficiary's Printed Name**

▓▓▓▓5320
**Beneficiary's Social Security Number**

Miami, FL 33156
**City, State**

Amy Saphier
**Witness' Printed Name**

2/10/25
**Date**

▓▓▓▓▓▓
**Beneficiary's Phone Number**

33156
**Zip Code**

2/10/25
**Date**

American Family Life Assurance Company of Columbus (Aflac)
ATTN: Claims Department • 1932 Wynnton Road • Columbus, GA 31999
For information or to check claim status, visit aflac.com or call 1-800-99-AFLAC (1-800-992-3522)
Claims may be faxed to 1-877-44-AFLAC (1-877-442-3522)

HC0014                               Page 2 of 2                              02/14

Claims Authorization to Obtain Information

AU

Instructions for completing this Health Insurance Portability and Accountability Act of 1996 (HIPAA) compliant form:
1. All areas of this form should be completed.
2. This form must be signed and dated by the claimant/patient below.
3. **IMPORTANT:** If you are filing a claim on behalf of a deceased, please check here
4. If you are the Authorized Representative, please sign below and indicate your relationship to the claimant/patient/deceased. In addition, include a copy of the legal document(s) authorizing you to act on their behalf.
5. Fax this form to 1-877-442-3522 or return the form to Aflac, Attn: Claims Department, Worldwide Headquarters, 1932 Wynnton Road, Columbus, GA 31999, as soon as possible in order to expedite claim review.

| Policyholder/Certificate Holder Name: David Perry | Policy/Certificate Number(s): P4014082 | Date of Birth: ███73 |
|---|---|---|
| Policyholder/Certificate Holder Address: 23 Charing Cross Road  Charleston, SC  29407 ||| 
| Claimant/Patient Name (if different from named policyholder/certificate holder listed above): | | Date of Birth: |

| For residents of AZ, CA, CT, GA, IL, ME, MA, MN, NV, NJ, NM, NC, OH, and VA, this authorization will be valid for a period of two years from the sign date or until the termination of the policy/certificate coverage, whichever is less, unless a lesser alternate expiration date is provided below.<br><br>For residents of all other States, this authorization will be valid for a period of two years from the sign date, unless a lesser alternate expiration date is provided below.<br>**Alternate Expiration Date:** | Name and Address of health care provider(s), company, or individual authorized to release the requested information:<br>(this section will be completed by Aflac): |
|---|---|
| **Purpose of Disclosure:** Evaluate claims for benefits during the time this authorization is valid. | |

I, or my authorized representative, request that information regarding my past, present, or future physical or mental health condition (excluding psychotherapy notes), employment, other insurance coverage, or any other nonmedical facts be released to **American Family Life Assurance Company of Columbus (Aflac)** or any person or entity acting on its part. This could include, but is not limited to, any medical professional, medical care institution, medical clearinghouse, insurer (including Aflac, with respect to other Aflac coverages), reinsurer, government agency (including departments of public safety and motor vehicle departments), consumer reporting agency or employer.

**I understand that:**
1. Protected health information may include information and records protected under Federal and State Law such as: alcohol, drug abuse, mental health, AIDS or HIV testing or treatment, or the presence of a communicable or noncommunicable disease.
2. My treatment, payment or eligibility for benefits may not be conditioned on signing this authorization.
3. I understand that I may revoke this authorization at any time by writing to **Aflac, Claims Department, Worldwide Headquarters, 1932 Wynnton Road, Columbus, GA 31999,** except to the extent that:
   a. Aflac has taken action in reliance to this authorization, or
   b. Other law provides Aflac with the right to contest a claim under the policy/certificate or the policy/certificate itself.
4. If the requestor or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5. It is recommended I retain a copy of this signed form for my records, understanding that a copy is as valid as the original.

*[Signature]*                                                                                              2/10/25

**Signature of claimant/patient, guardian or authorized representative**                     **Date**

Gregory Saphier                                                                 Special Administrator to Estate

**Printed name of claimant/patient, guardian or authorized representative**               **Relationship**

| | |
|---|---|
| STATE OF SOUTH CAROLINA | ) IN THE PROBATE COURT |
| COUNTY OF CHARLESTON | ) CERTIFICATE OF APPOINTMENT |
| IN THE MATTER OF: <u>DAVID REIS PERRY</u> | ) CASE NUMBER: <u>2024ES1002282</u> |

This is to certify that

<u>GREGORY SAPHIER</u>

is/are the duly qualified

☐ PERSONAL REPRESENTATIVE
☐ SUCCESSOR PERSONAL REPRESENTATIVE
☒ **SPECIAL ADMINISTRATOR**

In the above matter and that this appointment, having been executed on the <u>23</u> day of <u>December, 2024</u>, is in full force and effect.

**RESTRICTIONS: NONE**

Executed this <u>23</u> day of <u>December, 2024</u>.

_____
Irvin G. Condon, Probate Court Judge
BY ESTATE CLERK

Do not accept a copy of this certificate without
the raised seal of the Probate Court.

FORM #141ES (1/2014)
62-1-305, 62-3-103