IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| American Family Life Assurance Company of Columbus, <br><br> Plaintiff, <br><br> v. <br><br> Charles Perry, IV, and Gregory Saphier, Special Administrator To The Estate of David R. Perry, <br><br> Defendants. | C/A No.: 2:25-cv-06198-RMG <br><br> **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff, American Family Life Assurance Company of Columbus ("AFLAC") and Defendant Charles Perry, IV, hereby stipulate that this lawsuit shall be and the same be dismissed without prejudice against Defendant Charles Perry, IV, pursuant to Fed.R.Civ. P. 41(a)(1)(A)(i) and (ii). Each party shall bear their own fees and costs of litigation.

Respectfully submitted this 4th day of August, 2025.

| | |
|---|---|
| s/ Theodore D. Willard, Jr. | s/ M. Dawes Cooke, Jr., |
| Theodore D. Willard, Jr. | M. Dawes Cooke, Jr. (Fed. I.D. No. 288) |
| Federal I.D. No. 5136 | G. Hudson Worthy (Fed. ID. No. 14216) |
| **MONTGOMERY WILLARD, LLC** | **BARNWELL WHALEY PATTERSON & HELMS, LLC** |
| 1002 Calhoun Street | 211 King Street, Suite 300 |
| Post Office Box 11886 | Post Office Drawer H |
| Columbia, South Carolina 29211-1886 | Charleston, South Carolina 29402 |
| Telephone: (803) 779-3500 | Telephone: (843) 577-7700 |
| Email: tdw@montgomerywillard.com | Email: mdc@barnwell-whaley.com |
| | Email: hworthy@barnwell-whaley.com |
| | |
| ATTORNEYS FOR THE PLAINTIFF | ATTORNEYS FOR DEFENDANT CHARLES PERRY, IV |
| | |
| Date: August 4, 2025 | Date: Augusts 4, 2025 |